**WILLIAM DONALD GROSSMAN**

Name
**266937**

Prison Number
**S.C.C.C. P.O. BOX #5001**

**SEWARD,AK 99664**

Mailing address or place of confinement

Telephone

**RECEIVED**

APR 1 7 2006

CLERK, U.S. DISTRICT **COURT**
ANCHORAGE, ALASKA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

**WILLIAM DONALD GROSSMAN**
,

(Enter full name of plaintiff in this action)

Plaintiff,

vs.

**CRAIG TURNBULL**
,

**CREY WILLIAMS**
,

**DR.STALLMAN-PH.D**
,

(Enter full names of defendant(s) in this action.
Do NOT use *et al.*)

Defendant(s).

Case No. _3:06-cv-00089TMB_

(To be supplied by Court)

**PRISONER'S
COMPLAINT UNDER
THE CIVIL RIGHTS ACT
42 U.S.C. § 1983**

## ***NOTE***
**You must exhaust your administrative remedies before your claim can go forward.
THE COURT WILL DISMISS ANY UNEXHAUSTED CLAIMS.**

## A. Jurisdiction

Jurisdiction is invoked under 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you assert jurisdiction under any different or additional authorities, list them below.

WILLIAM DONALD GROSSMAN
Name
266937
Prison Number

S.C.C.C. P.O. BOX #5001
SEWARD,AK 99664

Mailing address or place of confinement


Telephone


## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA


WILLIAM DONALD GROSSMAN
,
(Enter full name of plaintiff in this action)

                                    Plaintiff,

vs.

AST.SUP REIMER
,

MARK ANTRIM
,

TIMOTHY LYDEN
,
(Enter full names of defendant(s) in this action.
Do NOT use *et al.*)

                        Defendant(s).

Case No. _____
(To be supplied by Court)

**PRISONER'S
COMPLAINT UNDER
THE CIVIL RIGHTS ACT
42 U.S.C. § 1983**


### ***NOTE***
**You must exhaust your administrative remedies before your claim can go forward.
THE COURT WILL DISMISS ANY UNEXHAUSTED CLAIMS.**


A. Jurisdiction

Jurisdiction is invoked under 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you assert jurisdiction
under any different or additional authorities, list them below.

_____

_____

WILLIAM DONALD GROSSMAN
Name
266937
Prison Number

S.C.C.C. P.O. BOX #5001
SEWARD,AK 99664

Mailing address or place of confinement

Telephone

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

WILLIAM DONALD GROSSMAN                    ,

(Enter full name of plaintiff in this action)

                                    Plaintiff,

vs.

AK/DOC MEDICAL ADVISORY COMMITEE          ,

LUARA BROOKS, MS.LPA                      ,

WAYNE ROMBERGE                            ,

(Enter full names of defendant(s) in this action.
Do NOT use *et al.*)

Defendant(s).

Case No. _____

(To be supplied by Court)

**PRISONER'S
COMPLAINT UNDER
THE CIVIL RIGHTS ACT
42 U.S.C. § 1983**

### ***NOTE***
**You must exhaust your administrative remedies before your claim can go forward.
THE COURT WILL DISMISS ANY UNEXHAUSTED CLAIMS.**

## A. Jurisdiction

Jurisdiction is invoked under 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you assert jurisdiction
under any different or additional authorities, list them below.

_____

_____

**WILLIAM DONALD GROSSMAN**

Name
**266937**

Prison Number

S.C.C.C. P.O. BOX #5001
SEWARD,AK 99664

Mailing address or place of confinement

Telephone

**RECEIVED**

APR **1 7** 2006

**CLERK**, U.S. DISTRICT COURT
**ANCHORAGE**, ALASKA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

WILLIAM DONALD GROSSMAN
_____,

(Enter full name of plaintiff in this action)

                                    Plaintiff,

vs.

OFFICER HOUSER
_____,

OFFICER FRANKLIN
_____,

OFFICER MCCOMSY
_____,

(Enter full names of defendant(s) in this action.
Do NOT use *et al.*)

                          Defendant(s).

Case No. _____

(To be supplied by Court)

**PRISONER'S
COMPLAINT UNDER
THE CIVIL RIGHTS ACT
42 U.S.C. § 1983**

### ***NOTE***

**You must exhaust your administrative remedies before your claim can go forward.
THE COURT WILL DISMISS ANY UNEXHAUSTED CLAIMS.**

### A. Jurisdiction

Jurisdiction is invoked under 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you assert jurisdiction under any different or additional authorities, list them below.

_____

_____

## B. Parties

1. <u>Plaintiff</u>: This complaint alleges that the civil rights of **WILLIAM GROSSMAN** ,

who presently resides at **S.C.C.C. P.O. BOX 5001** (print your name) , were

(mailing address or place of confinement)

violated by the actions of the below named individual(s). The actions were directed against Plaintiff

at **SEWARD, AK 99664** on the following dates: **3/30/05** ,

(place where violation occurred)      (Claim 1)

**4/28/05** and **6/2/05** .

(Claim 2 )      (Claim 3)

2. <u>Defendants</u> (Make a copy of this page and provide same information if you are naming more than 3 defendants):

Defendant No. 1, **CREY WILLIAMS** , is a citizen of

**ALASKA** (name) , and is employed as a **AK-DOC psychologist s.c.c.c** .

(state)      (defendant's government position/title)

**x** This defendant **personally participated** in causing my injury, and I want **money damages**.

**x** The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 2, **DR. STALLMAN** , is a citizen of

**ALASKA** (name) , and is employed as **AK-DOC, psychiatrist** .

(state)      (defendant's government position/title)

**x** This defendant **personally participated** in causing my injury, and I want **money damages**.

**x** The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 3, **LUARA BROOKS MS-LPA** , is a citizen of

**ALASKA** (name) , and is employed as a **AK-DOC mental/health director** .

(state)      (defendant's government position/title)

**x** This defendant **personally participated** in causing my injury, and I want **money damages**.

**x** The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Prisoner § 1983

## B. Parties

1. <u>Plaintiff</u>: This complaint alleges that the civil rights of **WILLIAM GROSSMAN**                ,

who presently resides at **S.C.C.C. P.O. BOX 5001**    (print your name)                , were

violated by the actions of the below named individual(s).  The actions were directed against Plaintiff

at  **SEWARD, AK 99664**                on the following dates: **6/2/05**  ,

**6/2/05**    (place where violation occurred)   and  **6/2/05**  .

(Claim 2 )                 (Claim 3)

2. <u>Defendants</u> (Make a copy of this page and provide same information if you are naming more than 3 defendants):

Defendant No. 1, **MEDICAL ADVISORY COMMITEE**                , is a citizen of

**ALASKA**    (name)    , and is employed as a **AK-DOC ADVISORY COMMITEE**    .

(state)                 (defendant's government position/title)

**X**____This defendant **personally participated** in causing my injury, and I want **money damages.**

____**X**____The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief (**to stop or require someone do something).

Defendant No. 2, **MARK ANTRIM**                , is a citizen of

**ALASKA**                , and is employed as **AK-DOC COMMISSIONER**    .

(state)                 (defendant's government position/title)

**X**____This defendant **personally participated** in causing my injury, and I want **money damages.**

____**X**____The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 3, **DEPARTMENT OF HEALTH AN SOCIAL SERVICES**                , is a citizen of

**ALASKA**                , and is employed as a **PUBLIC HEALTH SERVICE**    .

(state)                 (defendant's government position/title)

____**X**____This defendant **personally participated** in causing my injury, and I want **money damages.**

____**X** The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Prisoner § 1983

## B. Parties

1. <u>Plaintiff</u>: This complaint alleges that the civil rights of **WILLIAM GROSSMAN**,

(print your name)

who presently resides at **S.C.C.C. P.O. BOX 5001**, were

(mailing address or place of confinement)

violated by the actions of the below named individual(s). The actions were directed against Plaintiff

at **SEWARD, AK 99664** on the following dates: **7/25/05**,

(place where violation occurred) (Claim 1)

**8/12/05** and **8/28/05**.

(Claim 2)      (Claim 3)

2. <u>Defendants</u> (Make a copy of this page and provide same information if you are naming more than 3 defendants):

Defendant No. 1, **WAYNE ROMBERG**, is a citizen of

**ALASKA**, and is employed as a **KITCHEN SUPERVISOR S.C.C.C.**.

(state)                    (defendant's government position/title)

**x** ___ This defendant **personally participated** in causing my injury, and I want **money damages**.

**x** ___ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 2, **MIKE ADDINGTON**, is a citizen of

**ALASKA**, and is employed as **FORMER DIRECTOR OF INSTITUTIONS**.

(state)                    (defendant's government position/title)

**X** ___ This defendant **personally participated** in causing my injury, and I want **money damages**.

**X** ___ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 3, **TIMOTHY LYDEN**, is a citizen of

**ALASKA**, and is employed as a **AK-DOC standards administrator**.

(state)                    (defendant's government position/title)

**x** ___ This defendant **personally participated** in causing my injury, and I want **money damages**.

**x** ___ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

2 of 10 Prisoner § 1983

## B. Parties

1. Plaintiff: This complaint alleges that the civil rights of **WILLIAM GROSSMAN** _____ ,

who presently resides at _____ **S.C.C.C. P.O. BOX 5001** _____ (print your name)

_____ , were

(mailing address or place of confinement)

violated by the actions of the below named individual(s). The actions were directed against Plaintiff

at ___ **SEWARD,AK 99664** _____ on the following dates: ___ **8/28/05** ___ ,

**8/28/05** ___ (place where violation occurred) ___ and ___ **7/25/05** ___ .                                     (Claim 1)

(Claim 2)                        (Claim 3)

2. Defendants (Make a copy of this page and provide same information if you are naming more than 3 defendants):

Defendant No. 1, **MARK ANTRIM** _____ , is a citizen of

**ALASKA** _____ , and is employed as a **AK-DOC COMMISSIONER** _____ .

(state)                               (name)              (defendant's government position/title)

**X** ___ This defendant **personally participated** in causing my injury, and I want **money damages**.

**X** ___ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 2, **DEPRT OF HELTH AN SOCIAL SERVICES** _____ , is a citizen of

**ALASKA** _____ , and is employed as **PUBLIC HEALTH SERVICE** _____ .

(state)                               (name)              (defendant's government position/title)

**X** ___ This defendant **personally participated** in causing my injury, and I want **money damages**.

**X** ___ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 3, **CRAIG TURNBULL** _____ , is a citizen of

**ALASKA** _____ , and is employed as a **SUPERINTENDANT S.C.C.C.** _____ .

(state)                               (name)              (defendant's government position/title)

**x** ___ This defendant **personally participated** in causing my injury, and I want **money damages**.

**x** ___ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

2 of 10                                                          Prisoner § 1983

## B. Parties

1. Plaintiff: This complaint alleges that the civil rights of **WILLIAM GROSSMAN**                    ,

(print your name)

who presently resides at **s.c.c.c. P.O. BOX 5001**                    , were

(mailing address or place of confinement)

violated by the actions of the below named individual(s). The actions were directed against Plaintiff

at **SEWARD, AK 99664**                    on the following dates: **9/23/04**    ,

**9/23/04**    (place where violation occurred)    **9/23/04**                                  (Claim 1)

              and

(Claim 2 )                (Claim 3)

2. Defendants (Make a copy of this page and provide same information if you are naming more than 3 defendants):

Defendant No. 1, **OFFICER A. HOUSER**                    , is a citizen of

(name)

**ALASKA**                    , and is employed as a **CORRECTIONAL OFFICER**              .

(state)                (defendant's government position/title)

**X**        This defendant **personally participated** in causing my injury, and I want **money damages.**

**X**        The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 2, **OFFICER FRANKLIN**                    , is a citizen of

(name)

**ALASKA**                    , and is employed as **CORRECTIONAL OFFICER**          .

(state)                (defendant's government position/title)

**X**    This defendant **personally participated** in causing my injury, and I want **money damages.**

**X**    The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 3, **OFFICER MCCOMSEY**                    , is a citizen of

(name)

**ALASKA**                    , and is employed as a **CORRECTIONAL OFFICER**          .

(state)                (defendant's government position/title)

**X**    This defendant **personally participated** in causing my injury, and I want **money damages.**

**X**    The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Prisoner § 1983

## B. Parties

1. <u>Plaintiff</u>: This complaint alleges that the civil rights of **WILLIAM GROSSMAN** ,

(print your name)

who presently resides at **s.c.c.c. P.O. BOX 5001** , were

(mailing address or place of confinement)

violated by the actions of the below named individual(s). The actions were directed against Plaintiff

at **SEWARD, AK 99664** on the following dates: **11/8/0** ,

(place where violation occurred)                                    (Claim 1)

**11/8/04** and **11/12/04** .

(Claim 2 )             (Claim 3)

2. <u>Defendants</u> (Make a copy of this page and provide same information if you are naming more than 3 defendants):

Defendant No. 1, **SGT. QUIRING** , is a citizen of

**ALASKA** , and is employed as a **GREIVANCE/cordinator & security** .

(state)                                       (name)                (defendant's government position/title)

**x** ____ This defendant **personally participated** in causing my injury, and I want **money damages**.

**x** ____ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 2, **AST. SUP REIMER** , is a citizen of

**ALASKA** , and is employed as **ASSISTANT SUPERINTENDANT s.c.c.c** .

(state)                                       (name)                (defendant's government position/title)

**x** ____ This defendant **personally participated** in causing my injury, and I want **money damages**.

**x** ____ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 3, **CRAIG TURNBULL** , is a citizen of

**ALASKA** , and is employed as a **s.c.c.c. superintendant** .

(state)                                       (name)                (defendant's government position/title)

**x** ____ This defendant **personally participated** in causing my injury, and I want **money damages**.

**x** ____ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Prisoner § 1983

**C. Causes of Action** (You may attach additional pages alleging other causes of action and facts supporting them if necessary. Make copies of page 5 and rename them pages 5A, 5B, etc. and rename the claims, " Claim 4," "Claim 5, etc.").

Claim 1: The following civil right has been violated: ___CRUEL & UNUSUAL___

___PuNishmenT___

(Right to medical care, access to courts, due process, freedom

of religion, free speech, freedom of association, freedom from cruel and unusual punishment, etc. List only one civil right violation.)

Supporting Facts: (Briefly describe **facts** you consider important to Claim 1. State what happened clearly, **in your own words**. DO NOT cite legal authority or argument. Be certain to describe exactly what each defendant, **by name**, did to violate the right alleged in Claim 1. Include **dates**.)

I filed GRV #10407 in Response
To my Repeated ATTempts To obTain
counseling from menTAL HEALTH, ie...
Psychologist - CREY WiLLiAMS - Psych-
iATRiST - STALLMAN - 3/30/05 CAK-Doc
807.02, 62.888.05-15 - SAY ThAT PRisoners
in SegeRgATion ARe intiTled To The
SAME HEALTH CARE SERviCES AS Gen-
Pop. C5/04 - when I met wiTh
DR. STALLMAN & CREY WiLLiAMS my
medicATion WAS changed from
Zoloft To ELAViL - STALLMAN Left me
on BoTh medicATions AT The SAMETime
which ResulTed in my vision being
PERMANATEly damaged.
I AppeALed To MenTAL HEALTH
diRecTor LuARA BRooKS - MS. LPA
4/28/05 she Responded by ATTAching
A copy of my PRevious InfRActions
only?

**C. Causes of Action** (You may attach additional pages alleging other causes of action and facts supporting them if necessary. Make copies of page 5 and rename them pages 5A, 5B, etc. and rename the claims, "Claim 4," "Claim 5," etc.").

Claim 1: The following civil right has been violated:_____CRUEL An

UNUSUAL Punishment

(Right to medical care, access to courts, due process, freedom of religion, free speech, freedom of association, freedom from cruel and unusual punishment, etc. List **only one** civil right violation.)

Supporting Facts: (Briefly describe **facts** you consider important to Claim 1. State what happened clearly, **in your own words.** DO NOT cite legal authority or argument. Be certain to describe exactly what each defendant, **by name**, did to violate the right alleged in Claim 1. Include **dates**.)

I APPEALED THAT ACTION TO THE MEDICAL ADVISORY COMMITTEE - THEIR RESPONSE 6/2/05... MR. GRESSMAN YOU HAVE BEEN RECOMENDED FOR "ANGER MANAGEMENT COUNSELING" - BUT YOU WILL NOT RECEIVE UNTILL YOU RETURN TO POPULATION

AS OF 6/2/05 AK-DOC COMMISSIONER MARK ANTRIM - IS RESPONSIBLE FOR THE VIOLATIONS OF THE POLICIES An PROCEEDURES - AS WELL AS 22. AAC. 05.500 PRISONERS IN SEGREGATION MUST RECEIVE RIGHTS AND PRIVILEDGES - ITS MY RIGHT TO RECEIVE ADEQUATE HEALTH CARE AND TO BE FREE OF THE BURDEN OF CRUEL & UNUSUAL PUNISHMENT

3. A

Prisoner § 1983

Claim 2: The following civil right has been violated: _____ CRUEL An
UNUSUAL PUNISHMENT

(Right to medical care, access to courts, due process, freedom
of religion, free speech, freedom of association, freedom from cruel and unusual punishment, etc. List **only one** civil right violation.)

Supporting Facts: (Briefly describe **facts** you consider important to Claim 2. State what happened
clearly, **in your own words.** DO NOT cite legal authority or argument. Be certain to describe
exactly what each defendant, **by name**, did to violate the right alleged in Claim 2. Include **dates**.)

✓ GRV-#1353 Responded by )Kitchen
Supervisor "Wayne Romberg" 7-25-05
He desides "chicken Patties" will
✓ Stay on HS-1 Segengations menu...
✓ I Appeal To The Director of
Institutions [Former] Mike
Addington - His Responce 8-12-05
Was To Uphold The Previous
✓ decission
✓ I Appeal This To The Standards
Administrator - "Timothy Lyden"
8/28/05 He Responded -1- 8.05.
01-B.4 Days The Kitchen Super
Can Change The Menu Anytime
-2- He States Theres A Concern
That Prisoners in Segengation
Are Makeing "Weapons out of
Bones -" Not-True -1- Inmates
in Segengation have Access To
[Ink-Pens] Anytime -2- This
Facilitie Has An I.D.R. Indi-
vidual.

Prisoner § 1983

Claim 2: The following civil right has been violated: _____ CRueL An

UnUSUAL Punishment

(Right to medical care, access to courts, due process, freedom of religion, free speech, freedom of association, freedom from cruel and unusual punishment, etc. List **only one** civil right violation.)

Supporting Facts: (Briefly describe **facts** you consider important to Claim 2. State what happened clearly, **in your own words.** DO NOT cite legal authority or argument. Be certain to describe exactly what each defendant, **by name**, did to violate the right alleged in Claim 2. Include **dates**.)

Determination Review - In Place
To Punish The one Inmate, An
Not The whole Population
This Puts The Department of Health
An social Services In Violation of
"CleanY-FSA" Its There duTIE To
Inspect An See That These Policies
Are MET - S.C.L.L. Food Service Is
Actively discriminating Against
Prisoner In Segeration - by Not
giving Them The "Same" Food As
Gen-Pop Amongst In Adequate
Portions As of 7/10/05
AK-Doc Commissioner Is now In
Violation As of 8/28/05 of This
Police As well As 22.AAC.05.500
Prisoners In Segeration Must
Receive Rights & Priviledges
Its our Right To be Free From
The Burden of Cruel & UnUSUAL
Punishment

Prisoner § 1983

Claim 3: The following civil right has been violated: _____ CRUEL AN

LNUSUAL PUNISHMENT

(Right to medical care, access to courts, due process, freedom

of religion, free speech, freedom of association, freedom from cruel and unusual punishment, etc. List **only one** civil right violation.)

Supporting Facts: (Briefly describe **facts** you consider important to Claim 3. State what happened clearly, **in your own words**. DO NOT cite legal authority or argument. Be certain to describe exactly what each defendant, **by name**, did to violate the right alleged in Claim 3. Include **dates**.)

GRV #8901 filed 9-25-04 screening wrongfully (As not infurmally addressed -9-25-04)? from 9-18-04 To 9-23-04 I continuosly sent cop-outs To The HS-1 Sgt. Elde until I found out he was on vacation 9-20 - 22-24-04 I addrness This The next step Ast. Sup-Reimer. He did nothing About it? on The mentioned dates The inmate Above in neighbor Tony Robenson was dumping bucket Amounts of Toilet water "Urine & feces" down his wall into -Robenson's Room! during This Time The mentioned officers 1- A Houser 2-Franklin & 3-Mcconisy would not stop This filth -They left it stagnated infront of my cell Rd-8 & Rd-7 for several days

**C. Causes of Action** (You may attach additional pages alleging other causes of action and facts supporting them if necessary. Make copies of page 5 and rename them pages 5A, 5B, etc. and rename the claims, " Claim 4," "Claim 5, etc.").

Claim 3. The following civil right has been violated: _____ CRUEL AN UNUSUAL PunishmenT _____

(Right to medical care, access to courts, due process, freedom of religion, free speech, freedom of association, freedom from cruel and unusual punishment, etc. List **only one** civil right violation.)

Supporting Facts: (Briefly describe **facts** you consider important to Claim 1. State what happened clearly, **in your own words.** DO NOT cite legal authority or argument. Be certain to describe exactly what each defendant, **by name,** did to violate the right alleged in Claim 1. Include **dates**.)

9-26-04 - I APPealed To SuPERIn-TendAnT TuRnbull - He uPheld The defaulty ScReenSng 9-27-04?

∫ ThSS ACTSon PuTS The dePARTmenT oF HeALTh An SocSAL SenvSces Sn VSoLATSon of TheSR duTSes To In-SPecT EnvSRomenTAL HeALTh HAZcRds I've WRSTTen To TheSm SeveRAL TSmes AboUT ThSz 6-04, 8-04 & 9-04 wSTh-oUT AnY ResPonses

∫ ThSS AcTSon PuTS A)K-DoC CommSSS-SoneR "MARK AnTRSm Sn VSoLATSon S of THe HeALTH HAZcRds beSng Posed To InmATeS HeALTh - He Knows of These WALLS needSng To be ceALed To STop ThSs None Sense fSLTh - 22 AAC. 05.500 PRSSoneRs Sn SegeRgATSon musT ReceSve RSghTs & PRSvSledges STs oUR RSghT To be FRee of CRUeL An UNuSuAL PunSShmenT

3 of 10

Prisoner § 1983

Claim 4 The following civil right has been violated: _____ CRUEL AN

UNUSAL PUNISHMENT _____

(Right to medical care, access to courts, due process, freedom of religion, free speech, freedom of association, freedom from cruel and unusual punishment, etc. List only one civil right violation.)

Supporting Facts: (Briefly describe facts you consider important to Claim 2. State what happened clearly, in your own words. DO NOT cite legal authority or argument. Be certain to describe exactly what each defendant, by name, did to violate the right alleged in Claim 2. Include dates.)

GRV-9326 filed 11-8-04 screen'd
11-8-04 - As Already Greiv'ed see
GRV-8450 filed 8-4-05 screen'd
8-5-04 - Totally Ignoring my point
That I've A Right To be free of
Threats in 8450 as with 9326
I was Receiving very Abusive
VERBAL Threats and very Incrim-
inating Notes which I still
Possess I ask not To be Housed
with either Inmate for this
Reason which would be A Security
measure To Keep That Stuff At
Bay by Seperation - but in 9326
I Recently Had been Interview'd
by Native Justice & Ak. State
Troopers concerning The Mention'd
Inmate - This is where I Imeadiately
Renew'd my Request for A Sep-T
At best To Not be Housed Together
I was Place in The mod with
where I Received more

5. B

Prisoner § 1983

Claim 2. The following civil right has been violated: _____ CRueL An

UnUSuAL PunFshmenT

<small>(Right to medical care, access to courts, due process, freedom</small>

<small>of religion, free speech, freedom of association, freedom from cruel and unusual punishment, etc. List **only one** civil right violation.)</small>

Supporting Facts: (Briefly describe **facts** you consider important to Claim 2. State what happened clearly, **in your own words.** DO NOT cite legal authority or argument. Be certain to describe exactly what each defendant, **by name**, did to violate the right alleged in Claim 2. Include **dates**.)

ThReATenfng NoTeS I APPeALed ThfS
Tc SuPenfnTendAnT - TuRnBuLL 11-10-04
He UPheld 11-12-04.
I BRcught ThfS SftuATfcn Tc AST.
SuP. RefmenS ATTenTfcn 11-06-04
hfs WAfTefng fs unReAdAble.
11-17-04 I TALKed Tc menTAL
HeALTh I ShcweD These ThReATen-
fng. NcTeS Tc CRey WfLLfAmS - He
dfd Ncthfng Tc helP - I Tcld hfm
ThfS VeRbALL AbuSe WAS mAKfng
me VeRy dePResSed.
Thfs PuTS CcmfSSfcneR - AX-Dcc
mANK AnTRfm fs VfcLATfcn cf
SubjecTfng me Tc CRueL An UnuSuAL
PunfshmenT by Nct enfcncfng SeD-T
ActfcnS uPcn A PRfScneRS RequeST
22. AAC. 5cc PRfScneRS fn SegeRg-
ATfcn musT RecefVe Rfghts & PRfV-
fledges - fts my Rfght Tc be fRee
fRcm CRueL & UnuSuAL PunfshmenT

5 5

Claim 3 The following civil right has been violated: ___CRUEL  AN___

(Right to medical care, access to courts, due process, freedom

___UNUSUAL  PUNISHMENT___

of religion, free speech, freedom of association, freedom from cruel and unusual punishment, etc. List **only one** civil right violation.)

Supporting Facts: (Briefly describe **facts** you consider important to Claim 3. State what happened clearly, **in your own words.** DO NOT cite legal authority or argument. Be certain to describe exactly what each defendant, **by name**, did to violate the right alleged in Claim 3. Include **dates**.)

GRV-13154 FILES 2-1-06 - IT WAS
SCREEN'S 2-1-06 "NOT INFCRMALLY
ADDRESSES - NOT TRUE! I SENT
REQUEST'S TO MENTAL HEALTH 12-17-04
1-6-06 1-24-06 NO REPLY? I ALSO
SENT A INFORMAL TO COMPLIANCE
THIS VERY GRV/ LCAS 1-14-06 I
SENT A INFORMAL TO SUPER-TURNBULL
1-16 & 1-30-06

F ON 12-17-05 The HS-1 SGT GAVENE
TELLS ME IN OFC )(TIMES PRESENTS
MR GRESSMAN -I'VE GOT MENTAL
HEALTH COMINING TO COUNSEL W/
YOU GUYS IN NEED - THEY FLAT
IGNORE MY PLEA'S

F I APPEALES THIS ACTION TO The
ACTING SUPERINTENSANT - AST. SUP
RETIMER 2-5-06 - He DENIES MY
CLAIM 2-6-06 EVEN AFTER I DISC-
LUCES The COP-CUTS I SENT TO

Claim 3 The following civil right has been violated: _____ CRueL  AN _____

(Right to medical care, access to courts, due process, freedom

_____ UnuSuAL PunishmenT _____

of religion, free speech, freedom of association, freedom from cruel and unusual punishment, etc. List **only one** civil right violation.)

Supporting Facts: (Briefly describe **facts** you consider important to Claim 3. State what happened clearly, **in your own words.** DO NOT cite legal authority or argument. Be certain to describe exactly what each defendant, **by name**, did to violate the right alleged in Claim 3. Include **dates**.)

item  12-21-05 & 1-6-06

AS with GRV-1040? This PuTs BoThs
PsychologisT-S.C.C.C. "CRey WiLLiAms
And PsychiATRisT "STALLMAN' in
ViolATion of FAiLing To Respond
To my MenTAL HeALTh CAre

MenTAL HeALTh oiReCTon LuARA
BRooks MS. LPA.-is Responsible
FoR FAiLing To PRoTeCT my MenTAL
HeALTh CARe RighTs

This PuTs AK-Doc CommissioneR
MARK ANTRim in VioLATion oF
These PolicE & PRoceedures As
weLL As 22.AAC.05.500 PRisoneRs
in SegRegATion musT Receive
RighTs & PRiveledges - iT is my
RighT To AdequATe HeALTh CARe
And To be FRee FRom The BuRden
oF CRueL An unusuAL PunishmenT

Claim 3. The following civil right has been violated: ___CRUEL  AN___

(Right to medical care, access to courts, due process, freedom

___UNUSUAL  PUNISHMENT___

of religion, free speech, freedom of association, freedom from cruel and unusual punishment, etc. List only one civil right violation.)

Supporting Facts: (Briefly describe **facts** you consider important to Claim 3. State what happened clearly, **in your own words.** DO NOT cite legal authority or argument. Be certain to describe exactly what each defendant, **by name,** did to violate the right alleged in Claim 3. Include **dates.**)

GRV-13254 filed 2-8-06 screen'd
2-9-06 AS FACTUALLY incredible
-2- He finds no evidence I TRY'd
To INFORMALLY Handle THIS? NOT
True! I sent THIS GRV/CORD...
1-28-06 - 2-7-06 INFORMAL'S which
They Ended Responded - I ALSO
have INFORM'd THIS compliance
dateing back 9-21-05 11-28-05
about THIS VERY issue...
I charge THAT THIS Adminis-
Tration is engaged in viclating
AK-Doc-814.01-1 ? 2  22 AAC 05.185
Clearly-FSA 39.12.VIII.C by keeping
HS-1 Prisoner From having Access
To The LAW Library & meeting
with The LAW Library within
24 HRS
2-14-06 I APPEALED THIS Action
To The SUPERinTendant 2-15-06

Prisoner § 1983

Claim 6 The following civil right has been violated: _CRUEL AN_

_UNUSUAL PUNISHMENT_

(Right to medical care, access to courts, due process, freedom
of religion, free speech, freedom of association, freedom from cruel and unusual punishment, etc. List **only one** civil right violation.)

Supporting Facts: (Briefly describe **facts** you consider important to Claim 3. State what happened
clearly, **in your own words.** DO NOT cite legal authority or argument. Be certain to describe
exactly what each defendant, **by name**, did to violate the right alleged in Claim 3. Include **dates**.)

He Upheld more defaulty screening
& This action puts Ak-Doc comm-
issioner MARK ANTRIM in vio-
lation of these policies and
22.AAC.05.500 Prisoners in seg-
ensation must receive rights
and privileledges — It is my
right to have access to the
law library in a timely man-
ner. This is an ongoing vio-
lation — That must stop.

Claim 3: The following civil right has been violated: __CRUEL AN__

__UNUSUAL PUNISHMENT__

<small>(Right to medical care, access to courts, due process, freedom of religion, free speech, freedom of association, freedom from cruel and unusual punishment, etc. List **only one** civil right violation.)</small>

Supporting Facts: (Briefly describe **facts** you consider important to Claim 3. State what happened clearly, **in your own words.** DO NOT cite legal authority or argument. Be certain to describe exactly what each defendant, **by name**, did to violate the right alleged in Claim 3. Include **dates**.)

GRV-13267 ffled 2-9-06 Screen'd As - issue Already greeived And Resolved - Now A - -1- 808.03 says I can Reftle A greevance wfth En 2 wenkfng days to connect Any default - Thats my Exact endeAven hene...

↑I stnessed to the same gnv-cend That -1- I talked to Beth HS-1 Sgt's Repeatedly About thfs law Lfbnany Pncblem. Repeatedly -2- I sent thfs veny gnv-cend A 2-7-06 fxplafnfng thfs Pncblem -3- ft was thfs gnv-cend I spcke ↑dfnectly to About thfs.

↑Thfs puts Ak-Dcc commfssfcnen Mank Antnfm fn ufclatfcn cf An cngcfng Pncblem wfth cun gnv-cend's scneenfng Bcgusly? An 22 AAc.05.5cc segengatfcn Rfghts

Claim 8 The following civil right has been violated: __CRUEL An__

(Right to medical care, access to courts, due process, freedom

__Unusual Punishment__

of religion, free speech, freedom of association, freedom from cruel and unusual punishment, etc. List only one civil right violation.)

Supporting Facts: (Briefly describe **facts** you consider important to Claim 2. State what happened clearly, **in your own words**. DO NOT cite legal authority or argument. Be certain to describe exactly what each defendant, **by name**, did to violate the right alleged in Claim 2. Include **dates**.)

GNV-13268 Filed 9-10-06 In Response to my repeated attempts to obtain legal materials to file my law suite 2-4 2-7-06 & 2-9-06 I informed the GNV/ccad himself that I would file -This coordinator screens as factually incredible? This very coordin- ator is in possession of the same letter I received from the STnd/Admin Timothy Lyden 9-7-05 Telling me to request any legal material from -Bill Clark in Education - This cood- inator in an ongoing attempt to manipulate the screening process calls this GNV-13268 factually incred - because Bill Clark doen't work here any more - how am I to know? An Besides the Letter says

＊of 10

5·H

Prisoner § 1983

**C. Causes of Action** (You may attach additional pages alleging other causes of action and facts supporting them if necessary. Make copies of page 5 and rename them pages 5A, 5B, etc. and rename the claims, "Claim 4," "Claim 5, etc.").

Claim ~~1.~~ 8 The following civil right has been violated: _____ CRUEL   An

UnUSUAL   PunishmenT

(Right to medical care, access to courts, due process, freedom of religion, free speech, freedom of association, freedom from cruel and unusual punishment, etc. List **only one** civil right violation.)

Supporting Facts: (Briefly describe **facts** you consider important to Claim 1. State what happened clearly, **in your own words.** DO NOT cite legal authority or argument. Be certain to describe exactly what each defendant, **by name**, did to violate the right alleged in Claim 1. Include **dates**.)

EdUCATion.

I APPEALeD Tc SuPeR-TURNBULL 2-14-06 An he UPheld mcRe Bcgus ScReeninG 2-15-06 This PuTS AK-Dcc Commissicner MARK ANTHem in ViclATicn cf The ScReeninG PRccess AT S.C.CC. Alsc 22 AAC.05.5cc PRisscn-en'S in SegenGATicn musT ReceiVe RighTS An PRiViledGes - iTS my RighT Tc be FRee cf CRuel An UnUSUAL PunishmenT - And Tc hAVe my CcmPlAinTs deALT WiTh in A PRcfessicnAL ✗ diligenT mAnneR

Prisoner § 1983

## D. Previous Lawsuits

1. Have you begun other lawsuits in **state or federal court** dealing with the **same facts** involved in this action, **or otherwise relating to your imprisonment**? _____ Yes __X__ No

2. If your answer is "Yes," describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits by copying this blank page and labeling it page "6A.")

a. Parties to previous lawsuit:

Plaintiff(s):_____

_____

Defendant(s):_____

_____

b. Name and location of court:_____

_____

c. Docket number:_____

d. Name of judge to whom case was assigned:_____

e. Disposition:_____
(For example, was the case dismissed, appealed or still pending?)

f. Issues Raised:_____

_____

_____

_____

g. Approximate date case was filed:_____

h. Approximate date of final decision:_____

Prisoner § 1983

3. Have you filed an action in federal court that was dismissed because it was determined to be frivolous, malicious, or failed to state a claim upon which relief could be granted?
_____Yes _____No

If your answer is "Yes," describe each lawsuit. (If you have had more than three actions dismissed based on the above reasons, describe the others on copies of this page, labeled "7A.")

**Lawsuit #1 dismissed as frivolous, malicious, or failed to state a claim:**

a. Defendant(s):_____

b. Name of court and case number: _____

c. The case was dismissed because it was found to be: _____ frivolous, _____ malicious and/or

_____ failed to state a claim upon which relief could be granted.

d. Issues raised:_____

_____

e. Approximate date it was filed:_____

f. Approximate date of final decision:_____

**Lawsuit #2 dismissed as frivolous, malicious, or failed to state a claim:**

a. Defendant(s):_____

b. Name of court and case number: _____

c. The case was dismissed because it was found to be: _____ frivolous, _____ malicious and/or

_____ failed to state a claim upon which relief could be granted.

d. Issues raised:_____

_____

e. Approximate date it was filed:_____

f. Approximate date of final decision:_____

Prisoner § 1983

a.  If your answer is "No," explain why not: _____

_____

_____

b.  If your answer is "Yes," what steps did you take? besides fileing GRV'S #8450 & 9326

and requesting an INST-SEP-T, from the named individuals I show'd

these NOTES to P.O. SIMON and psychologist CREY WILLIAMS

_____

_____

c.  Is the grievance procedure complete?  __X__ Yes  _____ No

> If your answer is "Yes," **ATTACH A COPY OF THE FINAL GRIEVANCE
> RESOLUTION for any grievance concerning facts relating to this case.**

**F.  Request for Relief**

Plaintiff requests that this Court grant the following relief:

1. An injunction ordering defendant(s) 1-mental health counseling MUST be provided

to inmates in segergation, 2- the FULL service of the state menu's

3-the walls in HS_1 MUST be cealed to STOP this filth

4- ALL state an federal laws MUST BE FOLLOW'd

2. Damages in the amount of $____ EXCESS OF $10.000 _____

3. Punitive damages in the amount of $_____ EXCESS OF $10.000 _____

4. Declaratory judgment: _____

5. Other: I want an interstate compact transfer away from AK/DOC

AND AK/DOC MUST be warn'd NOT TO FURTHER RETALIATE AGAINST ME

_____

Plaintiff demands a trial by __X__ Jury  _____ Court.  (Choose one.)

Prisoner § 1983

**Lawsuit #3 dismissed as frivolous, malicious, or failed to state a claim:**

a. Defendant(s):_____

b. Name of court and case number: _____

c. The case was dismissed because it was found to be: _____ frivolous, _____ malicious and/or

_____ failed to state a claim upon which relief could be granted.

d. Issues raised:_____

_____

e. Approximate date it was filed:_____

f. Approximate date of final decision:_____

**4. Are you in imminent danger of serious physical injury?** __x__ Yes _____ No

If your answer is "Yes," please describe how you are in danger, without legal argument/authority:

RELATEING TO GRV'S 8450 & 9326 soon after I was interveiw'd by the

AK.STATE TROOPERS I started receiving very threatening NOTES, telling

me exactly what to expect when I do go to population, I still have

these NOTES-which are authentic an sign'd by the people

**E. Exhaustion of Administrative Remedies**

**\*\*\*REMINDER\*\*\***

**You must exhaust your administrative remedies before your claim can go forward.
THE COURT WILL DISMISS ANY UNEXHAUSTED CLAIMS.**

1. Present place of confinement:_____ S.C.C.C. _____

2. Is there a grievance procedure at this institution?   __X__ Yes _____ No

3. Did you present the facts in your complaint for review through the grievance procedure?

__X__ Yes _____ No

8 of 10

Prisoner § 1983

## DECLARATION UNDER PENALTY OF PERJURY

      The undersigned declares under penalty of perjury that s/he is the plaintiff in the above action, that s/he has read the above civil rights complaint and that the information contained in the complaint is true and correct.

_____

**Plaintiff's Original Signature**

WILLIAM DONALD GROSSMAN 266937
_____

Plaintiff's Full Name and Prisoner Number (if applicable)


_____

S.C.C.C. P.O. BOX #5001
_____

SEWARD,AK 99664
_____

Plaintiff's Address and Telephone Number


Executed at ____SEWARD,AK 99664____ on ____4/4/06____
              (Location)             (Date)




_____    _____

Original Signature of Attorney (if any)        (Date)


_____

_____

_____

Attorney's Address and Telephone Number

10 of 10             Prisoner § 1983