IN THE DISTRICT/SUPERIOR COURTS FOR THE STATE OF ALASKA

## AT ANCHORAGE

| | |
|---|---|
| MICHAEL CLEARY, ET-AL, | ) |
| WILLIAM DONALD GROSSMANN | ) |
| **PETITIONER** | ) |
| | ) |
| VS. | ) |
| | ) |
| ROBERT SMITH ET-AL | ) |
| S.C.C.C. SEWARD, AK | ) |
| **RESPONDENT** | ) |
| | ) |

RECEIVED

APR 17 2006

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

3AN-81-5274-CI

## MOTION FOR NONE COMPLIANCE WITH CLEARY-FSA

I bringath to this court and sayeth under Oath that the admin-
istration at S.C.C.C. has wrongfully screen'd the said greivances
in **parts 1-11** I also bring GRV'S **#10407 & #1353** all of which
violate STATE/FEDERAL laws which are adopted by AK_DOC 22 AAC'S
I hold that my constitutional rights are an have been violated
U.S. CONST AND AK CONST... I prayeth to this court for guidence.
strength and a deterent to ABOLIS all the PRISONER RIGHTS VIOLAT-
IONS being held here

subscribed and sworn to or affirm'd before me at _SEWARD_
ALASKA on _4/8/06_
 ⎯⎯⎯⎯⎯
 DATE

(SEAL)

⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
NOTARY PUBLIC

MY COMMISSION EXPIRES _7/24/07_

W _4/8/06_
 DATE

⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
SIGNATURE

I appealed this to the MENTAL/health director **LAURA BROOKS**
**MS.LPA**, SHE responded 4/28/05 by attaching a copy of the pet
itioners previous write/up's? I appealed this action to the
**MEDICAL/advisory commitee** they responded 6/2/05... by stating
MR.GROSSMAN you have been RECOMENDED for "anger management"
COUNSELING, but you will not receive untill you return
to population

> **AK DOC #807.02** says that prisoners in both state
> and private run DOC'S as well as prisoners in
> both SEGERGATION and GEN/POP shall receive the
> SAME health care services, ie...COUNSELING
> **AK DOC #62.808.05 15** enviromental rights says
> that ALL prisoners except for those on PUN/SEG
> are elidgible for EDUCATION,REC,PROGRAMS,and
> COUNSELING SERVICES.
> **AK DOC #22 AAC.05.500** says that prisoners in
> segergation MUST receive rights and priviledges

**OVERVEIW**

I was first met with AK_DOC psychiatrist **STALLMAN** 9/22/03
it was a VERY emotional day for me I was about to be sentenced
for a murder that I DID NOT COMMIT! up till this point
I had been taking **EFFEXOR ER**....I told **STALLMAN** about the
brutality I witnessed my SOCALLED ACCOMPLICE administer
on MR.BROWN? I told him that I was continuing to have disturbing
dreams of the scene... THE blood, the screaming, the serins
the mass confussion, the VERY mean and determind look that
this accomplice had on his face UGLY!!, I was pleading with
him to STOP he wouldn't? **STALLMAN** CHANGED ME TO **ZOLOFT**.

> **STALLMAN**,told me QOUT...MR.GROSSMAN it sounds
> to me that you are "SERVELY DEPRESSED" UNQOUT.
> that was his exact words when I confronted him
> an S.C.C.C. psychologist **CREY WILLIAMS** with the
> POLICES AN PROCEEDURE telling me I'm entitled
> to counseling **STALLMAN** told me he did not tell
> me I was SEVERLY DEPRESSED.

5/04 **STALLMAN**, had changed my med's from **ZOLOFT** to **ELAVIL**
HE MAD A BIG MISTAKE...? he left me on BOTH MEDS AT THE
SAMETIME? this caused me to go completely temporary BLIND
I contacted nurse BLEVINS she stopped the ELAVIL untill
the OTHER COULD START EVERY SINCE MY VISION HAS BEEN BLURY

mental/health to PLEASE GIVE ME SOME INFORMATION ON THE SIDEFFECTS
on these meds they've refused? instead they keep sending me to medical
about this problem,when I KNOW its a mental/health issue.

> I CONTACTED A.C.L.U. AND THE DISABILITIE LAW CENTER they
> sent me information on **paxil,zoloft,elavil,prozac,rimaron**
> all of which I've taken, THEY INDEED DO CAUSE SIDEFFECTS
> WITH VISION!!! this IS THE PROBLEM MENTAL HEALTH HAS NEVER
> TOLD ME OF ANY OF THE SIDEFFECTS AND WHAT THE LONG TERM
> EFFECTS MIGHT BE LIKE???, I've over/over/over told mental
> health that this is a VERY GOOD reason WHY I indeed NEED
> COUNSELING!!! I DO NOT KNOW IF AN WHEN I might go blind????
> **my vision has never been the same its getting worse!!**

 I want this court to know something now, regarding **STALLMAN 9/22/03**
 telling me  HE THOUGHT I was SEVERLY DEPRESSED, WHY WOULDN't he??...
 **(1)**-I've been an ALCOHOLIC all my adult life stretching back to when
 I was 14, **(2)**-I've been HOMELESS since I was 14. **(3)** I've NO formal
 education and NO work history, **(4)**-I've got NO family everyone is
 passed on... EXCEPT 2 sisters that have ABANDOND ME, **(5)** I 8/14/01
 was arrested,charged ,tried,convicted,an sent to 99 for someone eles's
 crime NOT MINE!! **(6)** -STALLMAN 9/22/03 was in possession of the petitioners
 files case history WHY WOULDN't he make such a stmt??.

**GRV # 1353 filed 7/10/05** I charge that the food service at s.c.c.c.
are engaged in DISCRIMATING against prisons  in segergation at  HS 1?
by not giving us "CICKEN QUATER'S" enstead we receive CHICKEN PATTIES?,
HEAD FOOD SERVICE WAYNE responded 7/25/05, by stating the patties
would stay on the menu.

> **AK-DOC #805.01-B.3** says that prisoners in segergation SHALL
> receive the SAME meal service as GEN/POP
> **AK DOC #805.01 B.4** says that food service provider can
> change the menu anytime.
> **AK DOC #22 AAC.05.500** says that prisoners in SEGERGATION
> MUST receive rights and priviledges.

I APPEALED THIS ACTION TO THE STANDARDS ADMINISTRATOR TIMOTHY LYDEN
IN JUNEAU his response 8/28/05...

**(1)-805.01 B.4** the food sevice providewr can change the
menu anytime.

**(2)-** HE GOS A STEP FURTHER TO SAY THAT THERES A SECURITY
CONCERN THAT INMATES AT HS_1 where making weapons out of
CHICKEN BONSE?? **thats far fetched** the food supervisor WAYNE
NEVER told me that

**MY RESPONSE...**

**(1)-**THIS FACILITIE HAS AN [I]ndividual [D]eterminination [R]eveiw in
place to PUNISH the one inmate for that conduct and NOT the whole popula
tion, **(2)-**if thats his excuse then he is discriminating against HS_1
prisoners himself? because prisoners in population can and will do
the SAME BUT THEY DON't and this facilitie dose NOT NEED TO BE POTRAYED
AS TO PLACES LIKE FOLSOM OR SAN QUENTIN, **(3)-**INK/PENS are ready avalible
to prisoners in segergation HS_1 at ANYTIME!! **so theres the weapon
factor**

      I HAD PREVIOUSLY APPEALED THE INSTITUTIONS REPONSE TO THE
      DIRECTOR OF INSTITUTIONS **MIKE ADDINGTON** HIS REPONSE 8/12/05
      was to UPHOLD THE PREVIOUS DECISION

**PART-1**

**GRV #8450 filed 8/4/04** it WAS SCREEN'd **(1)**-clearly devoid of merit, **(2)**-
the grv/cord says you are in segergation they can not get to you,ext...


I filed this grv after the specified inmate refered the matter to the specified
house SGT, as me being the specified language...I RECEIVED ALL SORTS OF HUMIL-
iating VERBAL ABUSE and THREATENING NOTES **that I still have that are sign'd
by the prisoners, an are telling me what theim and their HOMMIES ARE GOING
TO DO TO ME WHEN I return to population??**
I clearly ask for an institutional SEP-T from the specified prisoners I cleary
stated to BOTH SUPER's the HS-1 SGT'S ext..MENTAL/health that this abuse
was adding to my depression and that it would FAR MOST temporary be WISE
TO NOT house me with either inmate to head off the potentail verbal abuse
**THE ANDMIN WILL NOT LISTEN?**


**PART-2**

**GRV #8901 filed 9/25/04** THIS WAS SCREEN'd but as with grv 8450 it was appealed
to the superintendant his reponse in BOTH CASES IS UPHOLD!.


this incident is where the inmate that was housed in the upper teir cell
for days and days was being ALLOWED to pour buckets of UREIN,FECUSES, toilet
water down his WALL INTO NY NEIGHBOR TONY ROBERSONS room... somuch that it
run under his door and stay'd stagnated infront of TONY AND MY CELLS FOR
DAYS thats exactly how this filth stay'd and the officers on duty would not
listen to my pleas that it was making me vomit THESE C/O'S thought it was
funny and continued to open our tray slots and serve our meals to this SICKING
SMELL OF SEWARAGE.
**this is an issue that SERIOUSLY NEEDS THIS COURTS ATTENTION!!!
the walls at hs_1 segergation need to be caeled at once to stop this FILTH
it has been going on for ALONG TIME? and NO ONE has bothered to stop it?**


**PART-3**

**GRV 3# 9326 filed 11/8/04** this action was screend and UPHOLDED BY THE SUPER
11/12/04 they alledge that this greivance has already been resolved I say
NOWAY!! see grv #8450 they say 04-371...


after in the previous grv 04-371 I ask repeatedly NOT TO BE HOUSED WITH THE
SPEC INMATESI ask for a institutions SEP-T and most certainly NOT to be
in the same mod with theim!! I was 10/04/ inteveiw'd by the AK.STATE TROOPERS
concerning one of the inmates...upon my return and being placed in this mod

the troopers about him? he said that a C/o? TOLD HIM this but would not say whom it was... I received addictional THREATENING NOTES

### PART--4

### GRV #13159 filed 2/1/ screen'd 2/1/06? appealed to the superintendant 2/5/06 scrren'd bach back AST.SUP REIMER THE WRITTING IS UNREADABLE?

I stated that **SGT.GAVONO** went out of his way on 12/17/05 to tell me MR. GROSSMANN I've got mental health comming to hs-1 now to counsel with you guys that are in need...because this SGT. KNOWS that I've numerous times pleaded to him for counseling...he made this stmt infront of **OFC.KIMES.**

SO THATS WHAT I stated in the grv pointing out 12/17/05, my informals 12/21/05 and 1/6/06 this grv/cord **SGT.QUIRING** screens as NOT INORMALLY ADDRESSED? this is the whole PROBLEM #1_had the grv/cord looked in my files he easily would've saw that YES I DID TRY TO NOTIFIED MENTAL/HEALTH, SO THE CORDINATOR GOS ON TO TRY AN MANIPULATE THE SCREENING PROCESS AS MY DUTY TO NOTIFIE MENTAL HEALTH PSYCHOLOGIST's supervior as the sourse of my complaint.... but see that WILL not work because **MS.LUARA BROOKS MS.LPA** has already denied my compla nt once 4/28/05 **see grv #10407.**, so you see I'm acting on a whole nother issue concerning mental/health concerning the stmt that SGT.GAVONO MADE ON 12/17/05.... but regardless now the grv/cord has the complaint screen'd and theres not much I can do except go to the SUPER and theres a 100% probaility that he IS NOT going to go against the previous decision

### PARET-5

**GRV #13269 filed 2/06 screend** 2/11/06 as issue already greived? NO IT IS NOT RESOLVED! the previous grv 13159 was wrongfully screen'd? I ONCE AGAIN CAME TO SUPER/TURNBULL explaining my situation 1/31/06 and how 13159 was wrongfully screen'd **as stated,** simply because it was the AST.SUP THAT SCREEN'd the previous AND I DO NOT AGREE so this is what this grv 13269 IS ALL ABOUT

**SGT.QUIRING 2/1/06** when he screend 13159 he STATED produce documents proving that I try'd to inmformally SO THATS EXACTLY WHAT I DID HERE **those cop/outs 12/21/05 and 1/6/06 are attached.**

### PART-6

<u>GRV # 13254</u> filed 2/8/06 it was screen'd #!-f=-+ually incredible

Case 3:06-cv-00089-TMB HE Document 42 Filed 04/17/2006 Page 7 of 9
factually incredible- WMB HE reads not evidence that 4/17/2006 to Page 7 of 9

try'd to handle this <u>this is outright BOGUS SCREENING AS WELL I sent cop/outs</u>
<u>to compliance 1/28/06 and 2/7/06 addressing this very problem I also over the</u>
<u>course of my endeavor stretching back to 11/21/05 continuosly have I tryd resol-</u>
<u>ving this I also NUMEROUS times have spoken to both hs-1 SGT's GAVONO and ELDE</u>

THIS IS THE PROBLEM AK-DOC 814.01 1&2 22 aac.05.185 and CLEARY-FSA 39.12.v111.C
all state that upon a prisonmers request to use the law library, or optain
legal materials ie... **if they're on PUN/seg** or met with the LAW LIBRARIAN this
OBLIGATION MUST be forfilled by the department within (24_HRS)..

### overveiw

OUR HS_i law books where taken out so that a NEXUS COMPUTER SYSTEM could be
instaled since the #1- the computer has got some kind a glitch in it that makes
it shut down very periotically? ther ADMIN can't $\frac{1}{2}$/keep it turn'd on ? thru
plain NEGLEGENCE in THE C/o's training on how to keep it set? 32- MENTAL/health
has prioritized the use of our supplemental law library for their own use,
**so that prehibits HS_1 inmates from useing it durring the day?** time the C/o's
change shits after 6.pm they have all this other stuff that they have to do
to get catch up with the 1st shifts progress, ie.. putting guys out to rec
or booking other inmates out of GEN/pop into segergation SO THIS puts theim
in a CONSTANT BELIEF THAT OUR LAW LIBRARY TIME **CAN BE PUT ON HOLD?**

### PART-7

<u>GRV #13267 filed 2/10/06</u> in response to the screening of #13254...which 808.03
allows an inmate to file because of defaulty screenings...<u>the grv/cord SGT.</u>
<u>BRUNING sujests that this issue was already greived and resolved by the prisoner</u>
<u>THE cordinator never even looked to see if I actually try'd to informally haddle</u>
<u>the situation?</u> **and plus it was 2/8/06 that I spoke directly to this cordinator**
**about the hs-1 computer always being down? HIS RESPONSE TO ME ON THIS VERY DAY**
**WAS THE COMPUTER WILL BE FIXED THIS AFTERNOON**

### PART-8

GRV #13268 filed 9/10/06 this was screen'd by SGT.BRUNING #1_ factually incredible
devoid of merit? #2- he states BILL CLARK HAS NOT WORKED AT THIS INSTITUTION
FOR SEVERAL MONTHS...
#1- awhile ago I filed grv's #11352/11392 over this very situation I appealed
to the standards admin **TIMOTHY LYDEN** his reponse back then 8/7/05 ... was
this any legal materials that I request from the LAW LIBRARY I must request
from EDUCATION **BILL CLRK...I'm attatching that letter here...** #2- back then
like today I'm still. having DIFFICULTY OBTAINING LEGAL MATERIALS for my law

suit? ie... 42.1983 complaint, 1983 summons, certificate of services ext...

so this is the situation even if BILL CLARK DOES NOT WORK HERE ANY MORE MY
REQUESTS FOR THIS STUFF WAS DIRECTED AT EDUCATION JUST LIKE MR.LYDEN TOLD ME,
SO THE CORDINATOR FUTHER SCREEN'd my complaint in an attempt to suprss my veiws

**GRV #13351 filed 2/19/06  screen'd 2/19/06** I charge that this **institution**
in obstructing prisoners rights in HS_1 BY letting mental/health PRIORT-
ize our supplemental LAW LIBRARY...therefore making it to where we
ONLY CAN USE THIS LAW LIBRARY 4-5 hr's a day for 90 guys ONE COMPUTER,
NO BOOKS?

>**AK-DOC #814/01-1&2** says that prisoners in segergation MUST
>BE GIVEN ACCESS TO THE LAW LIBRARY WITHIN 24 hr's upon
>request
>**AK-DOC #22 AAC.05.185** prisoners in segergation MUST HAVE
>ACCESS TO THE LAW LIBRARY WITHIN 24.hr's those on PUN/seg
>must receive the law material they request withing 24.hr's
>unless unusual circumstances arrise
>**CLEARY-FSA 39.12.viii.C** prisoners in seg MUST HAS ACCESS
>TO LEGAL MATERIALS WITHIN 24 hr's

**GRV #13352 filed 2/19/06 screen'd2/19/06....** since I last filed  greiva_
nce #1353 7/10/05 against the food service at s.c.c.c. for UNLAWFULLY
discriminating against HS-1? I've obtain'd cycles #1&5 menu's it PLAINLY
states that we are supposed to be getting **FRUIT SNACKS at 1.pm**  this
food supervisor is deliberately NOT giving us this RECOMENDED 60 extra
calories? this is a necesidy by USDA standards we only receive TWO
meals on the weekends.

>**(1)-**the grv/cord said this issue has already been resolved?
>this has nothing to do with what I filed for 7/10/05 oh,
>the same violations yes but different issue, in the screening
>appeal to the superintendant I provided an copy of the
>cop/out dated 2/19/06 where I informally addressed this
>to him **#68 attched**
>
>**(2)-** the grv/cord in #13351 said I did not informally add
>ress this first? I attach **#66 dated 2/16/06** yes I did and
>I sent this informal to HIM at compliance

NEVER the less this is MY ongoing dispute with compliance here at s.c.c.c.
THEY SCREEN UNETHICALLY AND AT WILL WITHOUT CAWSE?
**P.4**

**GRV #13468 filed 3/1/06**...SCREEN'd by the GREIVANCE CORDINATOR...
**C-** not informally addressed?, **D-** issue already resolved? I_
grveivance raises seperate issues, and **M-** grv against the superin
tendant foraction not taken directly by him NOT TRUE!!

**#1-**AS previously explain'd in GRV'S 13351 & 13352, the cordinator
WRONFULLY screen'd theim YES HE DID? and I PROVED IT BY SENDING
A COPY OF THE INFORMAL NOTICE to the superintendant HIMSELF!!
YES I DID!! those cop/outs did not come back with the screening
from SUPER/TURNBULL? so yes this action that I present in GRV
**13468** is against this super FOR HIS OWN ACTION.

**#2-**I RAISE STAFF MISCONDUCT AGAINST THIS SUPERINTENDANT, for
AIDING/abetting the grv/cord's UNETHICAL screening process which
I ALL ALONG HAVE POINTED OUT THAT ITS A DIRECT SHOWINGS OF AWAY
TO SUPRESS the inmates of S.C.C.C. and keep their veiws SILENT

**#3+** STAFF MISCONDUCT AND greivancesa against the superintendant
DO NOT need to be informally addressed according to the policy
AK _DOC 202.01 and the standards administrator TIMOTHY LYDEN,
WHICH I'm including those letters to this court

**#4-** THE SUPERINTENDANT HIMSELF SCREEN'd this very greivance
3/6/06