IN THE DISTRIC/SUPERIOR COURT FOR THE STATE OF ALASKA

AT ANCHORAGE

MICHAEL CLEARY, ET,AL )
WILLIAM DONALD GROSSMAN )
    PETITIONER )
 )
 )
VS )
 )
 )
ROBERT SMITH, ET,AL )
    RESPONDENT )
 )
 )

3AN-86-~~7452~~.CI
     5274

**RECEIVED**

APR 1 7 2006

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

MOTION TO FOR ORDER TO PREVENT AK/DOC S.C.C.C. FROM RETALIATIONS

I THE PETITIONER ASKETH OF THIS COURTS STRENGHT TO PREVENT ME FROM BEING RETALIATED against in ANY WAY concerning this matter it is imminet that I will be the focus of a major retaliation for seeking justice in the matter of my bringing a 42.1983 against the AK/DOC, with that I prayeth on this court to PLEASE consider my request, THANK YOU!!

4/8/06
DATE

Wm. D. Grossman
SIGNATURE

subscribed and sworn to or affirm'd before me at SEWARD
ALASKA on  4/8/06
                 date

_____
NOTARY PUBLIC

(SEAL)

MY COMMISSION EXPIRES 7/04/__