| | |
|---|---|
| **MEMORANDUM** | **State of Alaska**<br>**Department of Corrections**<br>**Spring Creek Correctional Center**<br>Post Office Box 2109<br>Seward, Alaska 99664<br>Phone: (907) 224-8200<br>Fax: (907) 224-8062<br>Confidential |

**RECEIVED**
APR 1 7 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

DATE:     2/13/06

TO:       Inmate Donald Grossman, #266937, House I, D-15

THRU:     Superintendent J. Craig Turnbull

FROM:     Dr. Craig Williamson, MHCIII

SUBJECT:  Individual Counseling in House I

---

Mr. Grossman, I want to clarify this with you for the last time in a formal memorandum since you don't seem to understand my responses to your copouts. I assume this to be true because I continue to get the same copouts from you week after week. We don't do individual counseling in House I. The facility is not set up for us to do so, and we do not have the time. MH receives a minimal amount of time each week for us to primarily check in with prisoners on our MH caseload. Those inmates who are on medication that requires monthly follow-up or those have a medication review coming due. For example, you will have a Telemedicine appointment this month to review and renew your medication as the psychiatrist decides is necessary. Attempts to engage you in these follow-ups generally deteriorate in your angry vocal harrangue about how you are unjustly incarcerated. This is your legal issue and not a counseling issue. This fact has also been explained to you on several occasions.

Both the psychiatrist, Dr. Stallman, and myself have also explained to you that with the size of the MH caseload we do not have sufficient time to provide long term individual counseling other than brief emergency interventions to a large caseload. Instead, we have encouraged you to choose to conform your behaviors to acceptable standards that will allow you to return to General Population. When you have earned that status you are welcome to participate in any MH education groups that Mental Health offers to GP inmates. If you choose to remain in House I then program opportunities for you will continue to be limited in all areas. We will continue to check on your medication response as needed.

CC: Thomas Reimer, Assistant Superintendent
    Security Supervisors, Sgts. Bruning, and Quiring
    Laura Brooks, MHCIV, DOC MH Program Manager

WILLIAM DONALD GROSSMAN
SPG/CRK/CORR/CNT
P.O. BOX #5001
SEWARD, AK 99664


ADDENDUM:

[RE:  LAURA BROOKS RESPONSE 4/28/05 and the
MEDICAL ADVISORY COMMITTEE's response 6/2/05]


MARCH 26, 2006
UNITED STATES DISTRIC COURT
DISTRIC OF ALASKA #4
722 W. 7th AVE
ANCHORAGE, Ak 99515

---

this is to let this court know that while my complaints are complete
I am missing the mental/health directors response 4/28/05 and the MEDICAL
ADVISORY COMMITTEE's 6/2/05 response due to s.c.c.c. admin will not give
to me UNLESS I've a court case number, when I receive the number I'll
send to this court with a certifacte of service   those two responses
are  two of my main componets.


THANK YOU VERY MUCH

SINCERELY,

WM D. GROSSMAN