WILLIAM DONALD GROSSMANN
SPG/CRK/CORR/CNT
P.O. BOX #5001
SEWARD, AK _99664-

MEMORANDIUM:

[RE: S.C.C.C.-HEALTH CARE VIOLATIONS]

MARTIN GROSSMAN
FACILITIE MANAGER -   DEPT. OF HEALTH AN SOCIAL SERVICES
P.O. BOX #240249
ANCHORAGE, AK -99524-                              3/12/06

MR. GROSSMAN, HI

I indeed have sent letter's to your office concerning this VERY issue back 6/04 an 8/04... and I see there has NOT been any reply? maybe those letter's NEVER left this INST? there is a VERY SERIOUS "health risk" at hand at S.C.C.C. HS-1 (segergation) inmates are continuosly being subjected to FILTH, this is the SITUATION...
the inmates on the upper teir cells are allowed to pour UREIN, AND FECUSES **down their partition walls,** that leads into the bottom cells...I personally did file an administrative GRV #8901 back 9/04 and as you can guess there is NOWAY that the INST is going to let something like that go out.....THERE are other issues that should intrest your office as well, THE shower stalls in all of the houses 1,2,3, and particularly HS-1 they need VERY seriously looked at for possible "health risk' the INST has gotten away with putting sheet/metal in there but its NOT CEALED PROPERLY!! and there is BARE concreate in there that suggestes one thing this set up is a HEALTH/risk

I would very much appreciate your at most ATTENTION! into this matter and if this MUST BE DIRECTED TO SOMONE ELES would you PLEASE forward to theim? AND I **ask for compleat confidental return**

THANK YOU VERY MUCH!!
SINCERELY,
WILLIAM D. GROSSMANN

WILLIAM DONALD GROSSMANN
SPG/CRK/CORR/CNT
P.O. BOX #5001
SEWARD, AK -99664-

**RECEIVED**

APR 1 7 2006

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

MEMORADIUM:

[RE: S.C.C.C. PROCUREMENT VIOLATIONS]

3/12/06
JEANNETTE FAIRCHILD- DEPT OF HEALTH AN SOCIAL SERVICES
P.O. BOX #240249
ANCHORAGE, AK -99524

HI MS.FAIRCHILD...
I WROTE THIS OFFICE back 6/04 an 8/04 on this VERY subject an have never received a reply? maybe because the letter's NEVER LEFT THE INST? however...
theres a SERIOUS violations being held within the food/service dept at S.C.C.C. and I've filed greivances over this NOTHING will get done? I chaRGE THAT KICTHEN SUPERVISOR **WAYNE ROMBERG**, is actively engaged in discriminating against prisoners in segegation by NOT offering theim JUST what the STATE menu calls for **805.01 B.3** says that prisoners in SEG must receive the SAME MEALS AS GEN/pop THIS IS NOT HAPPENING?, **#2-** weekend meals are 19 hr's apart SAT/sun two meals on both days, the state MENU sdays that prisoners will get a 1.pm fruit snack this does NOT happen in SEGERGATION but dose in population, HMMK.. I plainly show'd this kitchen stuart in my 2005 USDA dietary guidline it is recomended that WE receive $2\frac{1}{2}$ cups of a varitie of veg's WE do NOT receive this? **#3-** the regular 4-6.0z serv of main course is ATBEST 1 or $1\frac{1}{4}$ 0z serv.... there are amny other violations at hand that NEED this offices ATTENTION!! your at most confindental reply is expected I also MA'AM am requesting a 2006 USDA guidline on recomendation and ~~srev~~ sugges Serv-
tions.

THANK YOU VERY MUCH
SINCERELY
WILLIAM DONALD GROSSMANN

WILLIAM DONALD GROSSMANN
SPG/CRK/CORR/CNT
P.O. BOX #5001
SEWARD, AK 99664

RECEIVED
APR 17 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

MEMORANDIUM

[RE: S.C.C.C. MENTAL/HEALTH-violations]
ATT: DEPT OF HEALTH AN SOCIAL SERVICES

3/12/06
JOHN BAJOWSKI
701 E. TUDOR-STE-260
ANCHORAGE, AK -99503

DEAR, JOHN, HI...
I've filed a GRV/10407 3/30/05 which I appealed to the MENTAL/ HEALTH DIRECTOR **LUARA BROOKS MS.LPA** her response to the grv was nothing other than a copy of my infractions? I indeed appealed this action to the **MEDICAL ADVISORY COMMITEE** they responded 6/2/05 by stating... MR.GROSSMAN YOU have been recomended for "anger management COUNSELING BUT, YOU will NOT receive untill YOU return to population? **AK-DOC 807.02... an 62.808.05-15** enviromental rights say that prisoners in SEGERGATION ARE entitled to the SAME health care services as GEN/POP... ie... COUNSELING SERVICES **AK-DOC-22 AAC.05.500** says prisoners in SGERGATION MUST receive RIGHTS and PRIVILEDGES I'm merely requesting counseling services **#1**-I'm having a VERY difficult time adjusting to having a LIFE sentence? **#2- 5/04** (psychiatrist) STALLMAN was swithing my medication from **ZOLOFT to ELAVIL** he MADE a VERY big mistake enstead of NOT completely stopping the ZOLOFT 1st...he put me right on the ELAVIL this caused me to go completely BLIND **every since this my vision has been SEVERLY change #for the worst** I FEEL I'm about to go BLIND? its DEPRESSING me VERY BADLY!!, this in conjunction w/THE very disturbing dreams I'm continuing to have about my case, is SCARRING me miserably!! my conviction was affirm'd? NOW I'm in a complete HOPLESSNESS about my future, I HOPE THIS LETTER REACHES YOU, AND I please need a SERIOUS REPLIE AND CONFIDENTAL, **and could I please sign a release of information to this office to look at the director's response?** THANKS, WILLIAM GROSSMAN

4/13/04

TO: DEPARTMENT OF HEALTH &
SOCIAL SERVICES
P.O. BOX - 240249
ANCHORAGE, AK

RECEIVED

APR 17 2004

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

RE: A.S. 40.25.110
2AAC 96.100-900

FROM: WILLIAM GLESSMANN
SPS/CNX/CCNR/CNT
P.O. BOX - 5001
SEWARD, AK - 99664

---

HI - THERE IS A MAJOR HEALTH RISK AND VIOLATION BEING COMMITTED HERE AT S.C.C.C. IN OUR SEGERGATION UNIT - HS-1.
THE UPPER TEIR CELLS, INMATES ARE ABLE TO POUR "URINE & FECESES" MATTER DOWN THE PARTITION WALLS... THEY VERY SERIOUSLY [NEED] TO BE SEALED TO STOP THIS FILTH - THIS POSES A SERIOUS HEALTH RISK.
I DO UNDERSTAND THAT THE DEPT. OF HEALTH & SOCIAL SERVICES WAS INCLUDED IN THE MICHAEL CLEARY CIVAL LAW SUIT 3AN-86-5274.

UNDER THE GIVEN ADMIN. WOULDN'T IT BE OF YOUR LEGAL STATUT INTREST TO INSPECT THIS FACILITE AS WITH THE GENERAL PUBLIC

SINCERELY
Wm G. Glessmann

8/29/04

To: The Dept of Health
and Social Services
3601 C. St. Ste 578
Anchorage, AK 99524

RECEIVED
APR 17 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

From: Wm D Gressman
S.C.C.C.
P.O. Box 5001
Seward, AK 99664

I wrote you 6/13/04 & have NOT received a reply - I told you of the situation involving inmates being able to peek under & across down the partition walls at HS-1 segregation - it seems that the walls need to be sealed this poses a serious health risk.

Also, I need information concerning the USDA's recommendations on pre-confinement - our menu says that we are supposed to get 3oz breakfast sausage, 3oz ham, 5oz salisbury steak ext... well we do NOT receive that. On the weekends our meals are 14 hrs apart, 2 meals a day. On the state menu says we're supposed to receive 1.3m fruite snack we do NOT get that? The policy AK-roll 805.01.B. says prisoners in segregation must receive the same meals we do NOT receive usda+ trim fresh chicken quarters on pork?

Sincerely Wm R Gressman