Exhibit-4



**DISABILITY**
**LAW CENTER**
**O F · A L A S K A**

March 7, 2006

Donny Grossman
Spring Creek Correctional Center
P.O. Box 5001
Seward, Alaska 99664

**RECEIVED**

APR 1 7 2006

**CLERK**, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Dear Mr. Grossman,

I am responding to your request for legal assistance from the Disability Law Center of Alaska. You have asked that we assist you in your lawsuit against the prison System. Unfortunately, we will be unable to provide you with the assistance you seek.

The Disability Law Center is a private, not-for-profit organization that represents persons with disabilities in legal matters directly related to our clients' disabilities. As we receive federal and state funding to provide the services we offer, we do not charge our clients for our legal services. Not surprisingly, we have many more requests for our services than we can accommodate. Decisions about accepting cases are based upon a number of factors and priorities. These case selection factors and individual case priorities are described in the pamphlet "About Our Services." This pamphlet is available to you by contacting our receptionist.

Based on these factors and priorities, as well as available agency resources, we must decline your request for assistance. We will keep your letters in our file on "prisons" in case we are able to do a prison case in the future or find some other organization able to do a prison case.

I am enclosing the information you requested on medications and on patient assistance programs. We do need to reiterate that we will not do your research for you on a continuing basis.

If you do not agree with this decision, you may file a grievance with David Fleurant, the Executive Director of the Disability Law Center. Please contact the receptionist for a copy of our grievance procedure.

Sincerely,

MarBeth Johns
Advocate

**ANCHORAGE**
3330 Arctic Boulevard
Suite 103
Anchorage, AK 99503
(907) 565-1002
FAX (907) 565-1000
1-800-478-1234

M E M B E R · O F · T H E
N A T I O N A L
A S S O C I A T I O N · O F
P R O T E C T I O N · &
A D V O C A C Y
S Y S T E M S



P.S. Here's the web site for a prisoners' rights organization: www.prisonlegalnews.org

disabilitie law center
3330 ARTIC BLVD STE-103
ANCHORAGE, AK 99503

HI MARBEHT HI

ĦI ₵₳Ⱡ₹₳ ĦI...

wm donny grossmann

SPG/CRK/CORR/cat

P.O. BOX #5001

SEWARD, AK 99664

RECEIVED
FEB 1 4 2006

I've afew questions maybe you could help me with, I'm not looking
for any LEGAL advice I'm just kinda pondering on whats sufficent
for me to put in my 42.1983? I've already exaulsted ALL my state
remidies an this action is imminet...

1- I've wrote the department of health abd socail services ask'
ing theim for information partaining to what they have control
over within the prison system? THEY WILL NOT RESPOND <u>COULD YOU
PLEASE HELP ME WITH THAT?</u>

2= I NEED THOSE PEOPLES ADDRESS, PHONE EXT... BECAUSE I do know
that they where included into the CLEARY FSA law suite.

3- I want your honest opinion on this subjet concerning me,
I'm not what you would call A.P.I. crazy yet, I'm ONLY trying
to seek this mental/health care because I'm terribly psycholo-
gically spun over my conviction... YES MA'AM I actually was
convicted an sent to 99.yrs for a MURDER THAT I DID NOT COMMIT!!

I FIRST MET WITH PSYCHIATRIST, **STALLMAN** at ANCH JAIL 9/22/03
it was the day before sentencing over this mess, I was VERY
emotional and I explain'd to **STALLMAN** just how this came about
I told him that I was taking **EFFEXOR-ER** and that I was STILL
(and even to this day) having TERRIBLE dreams over seeing the
BRUTALITY that my "SOCALLED ACCOMPLICE" administrered on MR.BROWN
there was ALOT OF BLOOD, SCREAMING, SIRENS, my accomplice looked
like a MONSTER!, and the there was me trying desperatly to get
away from the CONFUSSION! I almost was attacked by a VERY VISCIO
US, DOG that had my cornered, OUCH!! MA"AM I keep dreaming about
ALL OF THIS? **STALLMAN** CAHNGED MY MEDS FROM **ZOLOFT to elavil**
5/04 because I can't sleep but he messed up leaving me on both
of theim at the SAME TIME? **I IMEADIATELY WENT BLIND!!** and every

that day my eye sight has been severly damaged I CONSTANTLY
HAVE BLURRINESS, i was checked by AK.EYE CARE 9/24/05 they said
WOW! MR.GROSSMANN **since your last exam 2003, your eye sight
has gotten REALLY BAD** ofcourse I explain'd but due to the gaurds
presents they did say much after? NOW BACK to **STALLMAN** shortly
after 5/04 while I was pleaing to **him an CREY WILLIAMS** for
counseling and ofcourse being FLATLY DENIED? **STALLMAN** said DOC
IS NOT FUNDED FOR LONG TERM COUNSELING... and then he told me
**that he never told me that he thought I was "SEVERLY DEPRESSED"?
YES HE DID!** and why wouldn't he? I just got HIT with a TERRIBLE
MID/life crises, I've zero work history, zero formal education,
I've been HOMELESS ALL MY LIFE, I've got NO FAMILY evry one
is passed away my conviction was just affirm'd, and I'm still~ing~
having BAD DREAMS OVER THIS MURDER? I cry all the ~~r~~ime uncontroll
ably. my anxieities an depression,HOPELESSNESS, AND FEARS is
at an ALL TIME HIGH and the medication is not doing me ziltch!

> **(10- AK-DOC #807.02 prisoners in BOTH ST
> AN PRVT RUN DOC's sent/ unsent prisoners&
> MUST all receive the SAME ACCESS TO MENTAL
> HEALTH CARE SERVICES this includs prisoners
> in SEG AN PUN/SEG**
>
> **(2)- AK_DOC # 62.808.05-15 enviromental
> rights prisoners in segergation except for
> those on PUN/SEG are ALL eilidgable for
> participation in PROGRAMS, REC, EDUCATIONAL
> AN COUNSELING SERVICES.**
>
> **(3) 22 AAC,05.500 prisoners in segergation
> MUST receive rights an priviledges**

MS.BETH I would like to know your opinion on this and any thing
you think that MIGHT HELP ME OUT
**THANK YOU VERY MUCH AND DO HAVE A NICE DAY**


                    **SINCERELY
                    WM D. GROSSMANN**

MS.JOB...

I very sincerely confided to you with  the at most truth
about my problem here at s.c.c.c. and in the letter here
you see what I say is going on with my mental/health care...
now I do understand that you guys have try'd to help inmates
and its most certainly understandable that you guys can't
do a legal battle for us, as I've specified to you I'm ready
to go with my 1983 I'm attacking 17 DOC defendants in a
variety of situations I'm indeed going under CLEARY FSA.
NOW I've ONE PROBLEM BLOCKING ME....

> **I very seriously NEED to get the mental
> health director LAURA BROOKS MS.LPA
> reponse out of my file dated 4/28/05..**
>
> **I also need to get the medical advisory
> commitees response dated 6/2/05**
>
> **the institution WILL NOT GIVE ME ACCESS
> unless I've got a court case number,
> well I very much need those to responses
> to attatch to my 1983 I HAVE TO GET
> THIS OR MY COMPLAINT IS NOT going to
> be complete**

SINCE THIS INVOLVES A mental/health situation could you
please let me give you a release of information  an have
you request thos two copies, preferably **THE ORIDGINAL** I've
got to have the oridginal to give the DISTRIC COURT, YOU
SEE? **MS.JOB**, I'm in complete astondment that the director
can attach a copy of my prior write/ups as a justification
to not grant my appeal for counseling? and then the medical
advisory commitee they say QOUT...MR.GROSSMANN YOU've been
recomended for ANGER MANAGEMENT COUNSELING, BUT YOU <u>WILL
NOT RECEIVE UNTILL YOU GO TO POPULATION?</u> WOW!!.

<u>NOW</u>, **MS.JOB**, I told you over the telephone a week an a
½ ago that I'm in very DESPERATE need for information
regarding the sideffects of **EFFEXOR ER**, zoloft,**PAXIL**, **ELAVIL
PROZAC**, I NEED the names an addresses of these makers I've
A VERY STRONG FEELING THAT THESE MEDS ARE MAKING ME GO
BLIND?                         **OVER**

I've explain'd already what DR. STALLMAN did? since that incident my vission has been SEVERLY changed like I stated I'm in constant BLURRINESS an seeing shadows I ~~TINK~~ *THiNK* I read in the paper that someone in the lower 48 has a law suite going on with ZOLOFT about t ' About THiZ VERY SiTUATiON?

oh my TYPE WRiTER RiBON JUST RAN OUT So foRgive me.

CAN YOU PLEASE check THiZ FoR me MA'AM — Since mENTAL/HEALTh hAS NEVER Told me whAT THE PoTENTAiL oF THE SidEffTS mAY CAuSE wiTh my ViSSiON. ThiZ indeed wiLL PuT THEm To being "deLibERATE INdiffERENT".

RiGHT now mA'Am THEY'RE KiNdA PLAYiNg ALL THiS down An hoPEing iT'LL go AwAY — because THEY Know I don'T hAvE ALLESS To THiZ iNfo. ∦ 2: how mANy iNmATES iS THERE THAT wiLL go RiGHT AFTER THE OuTSide ScuRSE iN oRdER To TY mENTAL/HEALTh AT S.C.C.C. AS Aiding/AbETTiNg? NoNE!

I FuLLY iNTENd To diSRupT THAT RECoRd.

BuT PLEASE do HELp — ok THANKS

SiNCERELY

Dannie

-1-   2/3/06

ATTORNEY?

DISABILITIE LAW CENTER

3330 ARTIC. blvd STE-103

ANCHORAGE,AK 99503          WM DONNY DROSSMANN

                           SPG/CRK/CORR/CNT

                           P.O. BOX #5001

                           SEWARD,AK 99664

HI...

I WROTE TO MS.KEATING last week in a response to a 1/17/06 reply. MY inquir

all along to her is this (1)- THE INST, NOT letting me mail my prescription

glasses out to AK.EYE CARE where my ATTY was awaiting their arrival, so that

she could have theim fixed. (2)- theres a SERIOUS neglect going on at s.c.c.c.

in conection with NOT PROVIDING "counseling" to the guys in segergation??

                   (1)- the policy on prisoners that are indigent an
                   needing to send mail out is.... [5]- parcells each
                   week an up tp 2.lb's
                   (2)- that policy does not specifie what kind of mail
                   only as I've stated
                   (3)- the superintendent here says that because I'm
                   indigent I can not mail theim I have too pay, hmm?

I've been at s.c.c.c. since 9/03 shortly before I came here I was met by

(pyschiatrist) DR.STALLMAN he an I talked this was the day before sentencing

over a MURDER THAT I DID NOT COMMIT!! never the less, I told MR.STALLMAN

in great detail that I was continuing to have BAD dreams about the man my

"socalled accomplice " murdered? . I told STALLMAN that my dreams consisted

of 1- seeing the way MR.BROWN WAS STRUGGLING FOR HIS LIFE!! 2- ALL THAT BLOOD!

3-the screaming an holloring from this girl! 4- the MEAN an determined look

that my "socalled accomplice" had on his face!! 5| an then theres me trying

get AWAY from all this confussion theres sireins blarring, an I ran right

into a BIG MEAN DOG!! that had me cornered all this to this day continues

to be in my dreams??

                   (1)- I was taking EFFEXOR ER 75.mgs this was up
                   untill 9/23/03 it was doing me no good.
                   (2)- STALLMAN told ME QOUT.. it sounds to me MR.
                   GROSSMANN THAT YOU ARE "SERVERLY DEPRESSED" that
                   was his EXACT WORDS

I tell you all this because there indeed is reason to BELEIVE that I am severl
y. depressed JUST LIKE HE SAID!! I went on to tell STALLMAN how I was the
only one left in my family, besides 3 sisters that ABANDON me! I've got NO
education 9th grade, I've been an alcoholic all my life I'm 41, I've very
little work history, and now I was convicted an sentenced too 99.yrs for
the murder that my "socalled accomplice commited"?

    (1)- SALLMAN changed me from ZOLOFT to ELAVIL 5/04
    an before completely stopping one before starting
    the other, my vission imeadiately caused me to go
    blind temporry.

    (2)- I notified medical an they did stop one but
    EVERY SINCE that dated my eye sight has been SLIPPING
    futher an futher, it alone is csausing me alot of
    depression, because I do# feel IM going blind?

I've conintuosly ask medical an mental health to PLEASE give my some INFO
on the sideffects of zoloft, elavil,paxil, prozac these are all the anti/depr-
essants I've been taking, THE lady at A.C.L.U. did tell me that these meds
would effect my vission but SHE failed to sent me that info? OK I see it
like this mental/health here at s.c.c.c. know that they are responsible an
they OUTRIGHT refuse to address it? .

    (1)- CREY WILLIAMS him/self has flat told me that
    I will NOT receive any COUNSELING while I am in seg-
    ergation?

    (2)- STALLMAN him/self told my shortly after 5/04
    that he NEVER told me that I was SEVERLY DEPRESSED?

I INDEED FILED A GREIVANCE over not being afforded counseling all policies
say that we in seg are entitled to it, the greivance was appealed to the
mental/health director LUARA BROOKK 3/30/05 her responce... A cpoy of the
rule infractions that I've quired since at s.c.c.c., I THEN appealed to the
medical advisory commitee in ANCHORAGE THEIR RESPONSE... MR.GROSSMANN, you
have been refered for "anger management COUNSELING" but.. you will not receive
it while you are in segergation? WOW!! THAT WAS GRV # 10407. I WANT you to
know #1- that stmt that they made CONTRADICTS MS.BROOKS, BIGTIME!! #2- I've
just explain'd a hole host of reasons WHY someone in my shose INDEED NEEDS
counseling, RIGHT? OK

with what I say this is EQUIVALLENT to a mid/life crisses an this is what

I keep telling mental/health I NEED HELP! an #3- prisoners on max security

status indeed are the ones who need ANGER MANAGEMENT I have NO way to deal

with my anxieities, depression, anger, fears, hoplessness, an very DISTURBING

DREAMS COUNSELING has always been a cornerstone for recovery in events like

this, P.T.S.D. ext... RIGHT? LETS LOOK....

> (1)- AK-DOC.P&P-807.02 AN 809.01 say that prisoners
> in segergation shall receive the SAME health/ care
> as GEN/POP
>
> (2)- AK-DOC-62.808.05-15 enviromental rights says
> the SAME except it includs that prisoners in seg
> shall be afforded programing rights even if it means
> in restraints
>
> (3)-22AAC.~~10.611~~ 05.560 prisoners in segergation MUST rec-
> eive rights an priviledges

BOTHS AK.CONST an U.S. CONST.. prisoners have a right to be rehabilitated

an the 8th.AMEND says that prisoners #1- MUST receive "adequate health care"

#2- prisoners have the right to be free from "crule an unusual punishment"

WHAT I present to you alone SHOWS that this ADMIN is VIOLATING prisoner rights

and it atbest amounts to a "DELIBERATE INDIFFERENCE" PART-2- I was on punitive

seg 9,10,11-05 I have a subscription to MENS/health magazines, the policy

regarding prisoners on PUN/seg is that any books an mag's ext.. will be STORED

in the prisoners ~~proety~~ Property untill satisied... when I got off pun/seg those

3 issues where NOT in my belongings I ask over an over were are they? no

~~nee~~ one would tell me! so I wrote to customer service "CHRIS CUNNINGHAM an he

responded 11/1/05 stating the magazines indeed where delivered to "DANNY

GROSSDMANN" P.O. BOX #5001 SEWARD,AK and that they WHERE NOT RETURN'd to

theim, ok... so in the greivance #12477 the response that this ADMIN gives

me is "WE" do not know you as DANNY? oh but they do because 6/05 was issued

to DONNA GROSSMANN an 7/8-05 issue as DANNY GROSSMANN and then no sooner

than this ADMIN saying they do not know me as DANNY or any other nick name

MENS/HEALTH issues 12/05 as DANNY GROSSMANN and then I get 1/2-05 as DANNY

GROSSMANN SAME AS WITH ALL OTHER MAIL G.Q. MAGAZINES AN READERS DIGEST  SAME

I HAVE all this mail legal/personal to controdict this ADMIN LIEING by saying

such a thing OK if thats a shook look at this... I wrote to the post master

"JEANNIE BURTCH in SEWARD she tells me that her office has NOT ever received

ANY mail being ~~snet~~ sent there addressed to me? NOT,NOT TRUE! an a lie, COVERING!!

PART-3- I specifie on 7/10/05 that this ADMIN AGAIN IS DISCRIMINATING AGAINST

US PRISONERS IN SEG BY NOT AFFORDING US THE SAME dietary guidlines as GEN/pop?

and my reason for that is our KICHEN STU "WAYNE" is substituting our USDA farm

fresh QUATERED CHICKEN for "chicken patties"? X-2 weekly?

> (1)- ak.DOC.805.01-B- prisoners in seg MUST receive th
> the same meals as GEN/POP.
>
> (2)--AK.DOC.805.01.B.3 food service manager can sub-
> stitute the purcerment.. OK BUT this KICHEN STU WAYNE
> 7/25/05 told me infront of several officers his REASON
> FOR THE SUBSTITUTION was because our HOT/TRAYS at
> HS-1 did not accomidate quatered chicken
> (3)- I REFERED THIS TO T.LYDEN IN JUNEAU 9/28/05
> he responds by saying that there was a CONCERN THAT
> INMATES AT HS-1 where useing "chicken bones" as WEAPO-
> ns!! NOT, NOT TRUE!!

I know ms.keating suggested to me to contact T.LYDEN but I want you to KNOW

this is a VERY REAL problem concerning just him alone he is ACTIVELY engaged

in "aiding/abetting" the OBSTRUCTION of AK-DOC policies an proceedures,

YES HE IS!! by discouraging an manipulating any prisoners concerns an COMPLA_

INTS!! HE will UPHOLD ANY violation that the superintendant UPHOLDS, WHY

would he go ~~a~~against a previous decision??

> (1)- KITCHEN STU WAYNE will not provived this seg
> unit w/QUATERED CHICKEN WHEN l.c.c.c. c.i.p.t. w.w.-
> p.t. w.w.c.c. ANCH JAIL all serve its prisoners in
> seg quatered chicken
> (2) WAYNE cut our CAKES from the menu when all these
> institutions serve he specified to me infront of
> these officers that CRAKE was to expensive when the
> policy plainly states that cost shall not be a detere-
> nt the 8th AMEND also says that

MS.KEATING ALSO ask me if I had cop/outs to prove all this? and my response

to that is... EVERYTIME we send cop/outs when they come back we NEVER are

given copies of theim ~~evre~~ even tho on most all I do request a copy NEVER HAS

IT HAPPEN? infact this ADMIN's excuse is that unless there is a court case

# noway! I was in the process of litigating a claim in a 42.1983 against

this ADMIN last yr up untill the time I needed my glasses fixed, I've kept

a daily log of EVERY cop/out too, from, date, person, ext... for 4.yrs I

know whats in my file so I came up for a file reveiw last yr, I was looking

for 15 cop/outs to aid in my case THEY ARE GONE? an no explanation offered

hmm!!...

> 12/17/05 SGT.GAVONO made it his point to tell me
>
> infront of OFC.KIMES.. QOUT... OH MR.GROSSMANN,
>
> I have mental/health comming over to hs-1to counsel
>
> with you guys that are in NEED, he an I've talked
>
> before an he to know its CRUCAIL TO GIVE PEOPLE
>
> IN MAX/cus counseling

BUT you see I've ask mental/health again 12/17 1/26 for counseling an they

say NO? so I indeed have filed another greivance 1/28/06 including that

stmt along w/the C/O'S varification that he will SUPPORT ME!!!

I hope this letter finds you atbest sympathetic and willing to HELP IN SOME

WAY? an with that I've one small request due to our very unethical ADMIN

they will NOT make copies unless theres a case  # WILL YOU PLEASE SEND ME

A COPY OF THIS LETTER FOR MY RECORDS?

P.S.

our supplemental law library at
HS-1 they tookj all our books put
one computre in there, ~~therethere~~there
is 80 guys we're only allowed
4-6 hr's a day, IF THE C/o has
time to put someone in there?
the computer is ALWAYS down,
OH an mental health has preferenc
to use the law library durring
am hr's thats why theres only
4-5 hrs a day, AK-DOC P&P 814.01
says that upon request to use
the law library or materials
they have to respond within
24 hrs even CLEAY 39.12.viii
12,says that days at
ata 7ime zim NeT Bank.sTTed

THANK YOU VERY MUCH AN SINCERELY

WM DONNY GROSSAMNN