# NOTICE OF NON-COMPLIANCE WITH RULES

U.S. District Court, Office of ⬤Clerk, 222 W. 7th Ave., Rm 229, Anchorag⬤ AK 99513-7564, 907-677-6100

To: William Donald Grossman
\# 266937
Sccc POBox500
Seward, AK 99664

Case Number: 3:06-CV-00089.TMB
Case Title: Grossman V Turnbull etal
Docket No: _____

Document Title: Prisoner's Complaint

**Part I.** This form is being sent as a courtesy to advise you that document(s) filed in the above referenced case were not in compliance with Local and/or Federal Court Rules and to prevent such deficiencies in the future. The documents have been filed. The following deficiencies were identified:

LR 3.1 Papers to Accompany Filing
___(a) Cover Sheet missing

___OTHER (see comments)

LR 10.1 Form of Pleading
___(a) General - see Comments Below
___(b) No Chamber copy(s)-copy charge

Amount Due: $ _____

****************

**Part II.** This form is being sent to advise you that document(s) are being returned for the following reasons:

FRCP 5(d) Serving & Filing Pleadings and Other Papers
___ Discovery documents are not routinely filed

___ Depositions are not routinely filed

___ Pursuant to Court Order

___ OTHER (see comments)

28:1914(a) Filing Fee
___ Returned for Filing Fee or waiver of fees

FRCP 10 Form of Pleading
___(a) Returned Complaint - Names of Parties not listed

****************

**Part III.** This form is being sent to advise you that document(s) were not in compliance with Local and/or Federal Court Rules, which may result in the document(s) being stricken, **if not corrected** within 7 days:

LR 10.1 Form of Pleading
___(e) First page information missing (see comments below)
_X_(f) Document is not signed

___ OTHER (see comments)

LR 5.1 Proof of Service
___No proof of service on the document filed

****************

**Comments:** _____

Name: Pmy
Date: 4-21-06

Distribution:
Original to filing party; copy to Assigned Judicial Officer; copy to case file

Revised: April, 2004