USDCA 40 (1/89)

## UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

RECEIVED
APR 1 7 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

MICHAEL CLEARY ET-AL
WILLIAM DONALD GROSSMAN
_____,
                    Plaintiff,

vs.

ROBERT SMITH ET-AL
S.C.C.C. SEWARD
_____
3AN 86 5274 CI    Defendant

) 
) APPLICATION FOR APPOINTMENT
) OF COUNSEL
)
) Case No. 3:06-cv-00089(TMB)
)

1. Name of applicant (print neatly): __WILLIAM GROSSMAN__

   Address: __SCCC P.O. BOX 5001__
            __SEWARD, AK 99664__

   Phone Number: _____

2. Explain what your cause of action is against the opposing party.
   (Use additional paper if necessary.)

   **prisoners rights violations that where said an heard under CLEARY FSA which ARE continuing to this day cruel an unusual punishment**

3. Explain why you feel you need a lawyer in this case.
   (Use additional paper if necessary.)

   **this happens to be a complicated case on going there ARE multible defendants many issues that I'm not that familar with the law**

4. Explain what steps you have taken to find an attorney and with what results.
   (Use additional paper if necessary.)

   **I have try'd writting to numerous attorneys which I've not received any answers?  I am enclosing 3 letters to attorneys I wrote NEVER GOT ANY RESPONSE**

5. If you need a lawyer who speaks a language other than English, please specify.

Continued to next page

Page II

Please read the following carefully:

I declare under the penalties of perjury that my answers to the foregoing questions are true and correct to the best of my knowledge.

I understand that if I am assigned a lawyer and my lawyer learns either from me or elsewhere that I can afford a lawyer, the lawyer may give this information to the Court.

I understand that if my answers on my Financial Affidavit are false, my case can be dismissed.

I hereby waive my privilege of attorney-client confidentiality to the extent necessary for my appointed attorney to make an application to be relieved as provided in the Rules Governing Procedures for Appointment of Attorneys in Pro Se Civil Actions in the U.S. District Court. I understand that if the attorney appointed to my case should wish to be relieved of the appointment at any time, his or her Application for Relief will be a privileged Court document and will not be used in the litigation of this case.

I understand that making the application does not excuse me in a Social Security case, and that it is still my responsibility to have the defendants served with a summons and complaint, if I have not already done so.

I understand that if the Court appoints counsel to represent me in a Social Security Case, and I am successful, the assigned attorney has the statutory right to request that the Court award a fee of up to 25% of accrued Social Security or Supplemental Security Income benefits.

4/2/06
Date

_[signature]_
Signature

Application for Appointment of Counsel