1 of 6

6-23-05

To: Attorney
Rex Butler
745 W. 4th Ave Suite #300
Anchorage, AK - 99501-

RECEIVED
APR 17 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

From: Wm Sunny Grossmann
Spring Creek Correctional Center
P.O. Box # 5001
Seward, AK - 99664-

Re: A 42.1983 law suit I'm bringing against D.O.C. and request for counsel

#1 - U.S. Constitution 8th Amendment #1 freedom from cruel & unusual punishment #2 - right to health care ext...

D.O.C. policy & procedure's # 809.01, 807.02, 809.01 & 22 A.A.C. 05.500. Say prisoners in segregation MUST receive the same health care srv's as general population.

I've continuously requested counseling and D.O.C. officials are flat refusing?

[Equal protection laws are being violated as well]

#2- U.S. Constitution 1st Amendment [Civil liberties, property & retaliations]

[D.O.C. policy & procedure 811.05 sec. S.9. Prisoners have 70 days to disburst property & 22.AAC.05.035 (effective)]

[D.O.C. Commissioner Access memo to all Inst's pornographic materials, effective 12-12-03, my magazines were confiscated 8-4-03. I appealed to the director of inst-itutions. He agreed and ordered D.O.C. to reimburst me. But 6 months later he changes his mind. Relief?]

I realize you may not be pro-bono. I have to write this letter, this in case satisfied the counts for appointment of counsel. If you will, please acknowledge that you received this letter.

"Thankz for your time"
Sincerely,
[signature]

T: ATTORNEY'S  1 of 2  6-28-05
STEPOVICH & STEPOVICH
626 K ST
ANCHORAGE, AK- 99501

_From_

Larry Denny Grossmann
Spring / Creek
Correctional Center
P.O. Box # 5001
Seward, AK-99664-

RE: A 42.1983 LAW SUIT & I'm bringing against D.O.C. & Request for Counsel...

#1 - U.S. Constitution 8Th Amendment Prisoner's have the right #1- To be free of cruel & unusual punishment
#2- Right to Health Care ext...

1) D.O.C. Policies & Procedure's # 807.611, 807.6A 804.611 and 22 AAC. 05. 566.
Prisoner's in segregation have the right and MUST recieve the SAME Health Care as Prisoner's in general population.

I continuously have request an D.O.C. offical, counseling services an refuse? counselors That

[Equal Protection Laws Also are being Violated]

#2 - U.S. Constitution, 1st Amendment & 4 [Life, Liberties, Property & Retaliations]

D.O.C. Policy & Procedure # 811.05 sec 5.1 and 22 AAC 05.635 state that Prisoner's have 45 days to disburst property.

D.O.C. Commissioner [Antes] sent a memo to all Inst's banning pornographic materials effective 12-12-03

My magazines were confiscated 8-4-03 I appealed to the director of Inst's he agree's and ordered D.O.C. to reimburst me [This never happened] 6 months later he wrote back and denied my Relief??

I realize you may not be one-Bano counts for appointment of counsel and if you will acknowledge that you received this letter?

Sincerely
Thanks for your time!
[signature]

To: Attorney                                                    1 of 2         6-23-0

BRISTOL R. OWENS
3000 A. ST, SUITE #300
ANCHORAGE, AK - 99503

From:

Wm Kenny Grossmann
Spring / Creek -
Correctional / Center
P.C. Box # 5001
Seward, AK - 99664 -

_____

Reference  42.1983 Civil Suit I'm bringing
against S.C.C. & Request for counsel...
_____

#1 - U.S. Constitution 8th Amendment
Prisoners are to be [A]-freedom
from cruel & unusual punishment [B] -
Right to Health Care

S.C.C. Policies & Procedures 809.01, 807.
02, 804.01 Prisoners in segregation are
entitled to the same Health Care and
as general population attacks, sec
as well...

I've continuously asked for mental health
counseling and S.C.C. is flat denying
me this right?

Equal Protection Laws also are
being violated

                    [OVER]

#2. Rule involved 4 U.S. Constitution 1st Amendment [Life, Liberties, Property & Retaliations]

D.O.C. Commissioner sent a memo to all Inst's [Dec] stating as of 12-12-03 pornographic materials would be banned. On 5-9-05 my magazines where confiscated. I filed on the Director of Institutions, Agreed with me that policy 811.05 Sec 5.1 had been violated cause prisoners have 90 dayz to disburst. And he ordered D.O.C. to reimburst me 12-05. But [4 months] later writes me back and changes why.

This is to satisfie with the courts ash. counsel. I understand you may not be pro-bono? Will atleast acknowledge that you've recieved my inquiry?

"Thanks for your time"
[signature]