RECEIVED

APR 17 2006

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE SUPERIOR/DISTRICT COURT FOR THE STATE OF ALASKA
THIRD JUDICIAL DISTRICT AT ANCHORAGE

MICHAEL CLEARY - ET, AL )
WILLIAM DONALD GROSSMAN )
)
)
Plaintiff(s) )
) CASE NO. 3AN-_____ CI
v. )
ROBERT SMITH, ET, AL )
) CERTIFICATE OF SERVICE
3AN-86-5274 Defendant(s) )
)

This is to certify that on 4/9/06 I ☒ mailed ☐ personally delivered a copy of this
(Date)
Certificate of Service and a copy of the following documents:

1-42.1983 COMPLAINT & 9.05 MOTION under CLEARY
EXHIBIT'S 1, 2, 3, 4.
1-MOTION - TO BAR ANY RETALIATIONS

to the attorneys or parties of record at their address listed below ( *List name and address where documents were mailed*):

UNITED STATES DISTRICT COURT
DISTRIC OF ALASKA
722 W. 7TH, AVE
ANCHORAGE, AK - 99515

DATED: 4/9/06

X_William D. Grossman_
(Signature)

WILLIAM GROSSMAN
(Print your name)

S.C.C.C. P.C. BOX-5001
(Address/telephone Number)

SEWARD, AK - 99664 -

3AN-117-CIV
Certificate of Service
08/15/00