#1- Screenings 9326 - 13468

These are the grievances
that fall after grievances
10407 & 1B53

2- Sets    1- Each Complaint

THANK YOU
Wm D. Grossman

RECEIVED

MAY 0 3 2006

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

306-00089·TMB

D15

## GRIEVANCE SCREENING FORM

TO: GROSSMAN, WILLIAM 266937   D   13159
Prisoner's Name/OTIS Number          Log Number

**Spring Creek Correctional Center**
Institution

Your grievance is being returned to you because (see the applicable line checked below):

- [ ] a.   The action or decision being grieved is not a grievable issue as specified in section A.2 of DOC Policy 808.03.

- [ ] b.   The grievance is not within the institution's or Department's jurisdiction.

- [x] c.   The issue grieved was not first addressed informally.

- [ ] d.   This issue was already grieved by the prisoner or by another prisoner and resolved.

- [ ] e.   The grievance is submitted on behalf of another prisoner who is able to file his or her own grievance:

- [ ] f.   This form is not filled out completely.
      Instructions: _____

- [ ] g.   The grievance was not filed within 30 days.

- [ ] h.   The grievance is grieving an action not yet taken.

- [ ] i.   The grievance contains inappropriate use of obscene or profane words.

- [ ] j.   The grievance is factually incredible or clearly devoid of merit.

- [x] k.   Specific relief sought is not clear.

- [ ] l.   The grievance raises unrelated issues that should be presented in separate grievances.

- [ ] m.   The grievance is against the Superintendent, but is not for action taken directly by the Superintendent.

- [ ] The above noted reason for screening your grievance is not self-explanatory. The following written explanation is provided to clarify the above noted screen decision:

You have not provided sufficient proof or documentation of having addressed
this issue informally as specified in policy 808.03. Such attempts must be directed to
the responsible party. In this case, if you are not satisfied with Mr.
Williamson's performance or assessments, then you would need to contact
his supervisor, in the format set forth in 808.03 .

2/1/06                           SGT. QUIRING
Date                             Signature of Grievance Coordinator

If you have evidence to show that this screening decision is incorrect or improper, you may appeal the decision to the
Superintendent in writing. The appeal must be attached to your grievance and to this screening form.

SC# 06-040

Distribution:   Original to Prisoner Case File
                Prisoner
                Grievance Coordinator

**Screening Appeal Due**
**Date** 2/5/6  **Time** 0600

INMATE COPY

Department of Corrections Form #808.03A
Revised: 04/02

MENTAL
HEALTH
#/5

## Request for Medical Care

Date: _1 6 - - 5_   Time: _1 30 PM_   MOD Location: _K - K_

Prisoner's Name (Printed): _GRESSMANN_   OBSCIS#: _264757_

Specific complaint or problem: _I'm having anxieties with_ _hopelessness & extreme depression - Sgt._ _Caveno told me 12-17-05 That he was you_ _People coming to counsel The guys in MS-1_ _I'm interested in the therapy - my tissue_ _isn't clearing up & That has me worried_

How long has problem existed? _5-6.4_   Date of Birth _6 - 4 - 65_

Prisoner's Signature: _[signature]_

Correctional staff comments: _____

_____

_____

_____

_____

_____

Date and time: _____ Name: _____

To be filled out by medical staff: Disposition and instructions: _____

_____

_____

_____

_____

_____

_____

_____

Date and time: _____ Name: _____

#13159
MENTAL
HEALTH

Request for Medical Care

#14

Date: 12-21-05  Time: 7.30 AM  MOD Location: SU-16

Prisoner's Name (Printed): GROSSMANN  OBSCIS#: 266937

Specific complaint or problem: SST. GAUONO 12-17-05 TOLD ME INFRENT OF OFC. KIMES. THAT HE WAS YOU GUYS COMMING TC HS-1 TC COUNSEL US GUYS ON MAX - LOOK IM HAVING A VERY DIFFICULT TIME W/THIS HOPELESSNESS & DEPRESSION THE WALLS ARE CLOSING ON IM

How long has problem existed? 5-04    Date of Birth 6-4-65

Prisoner's Signature: John C - Grossmann

Correctional staff comments: And MY DEPRESSION IS STILL OBLIGY?

Date and time: _____ Name: _____

To be filled out by medical staff: Disposition and instructions: _____

Date and time: _____ Name: _____

*Department of Corrections Form#807.02A*

STATE OF ALASKA                                    DEPARTMENT OF CORRECTIONS

## REQUEST FOR INTERVIEW
### SCCC

1-3

Name: Donny Grossmann   OBS# 266937   MOD: 6   Date: 2-14-06

To: S/Turnbull

Request: #1 - GRV-13267 - The First Time I filed 2-1-06 - Sgt Quiring screens - not Inform- ally address - I plainly proved by all the dates ≠ 12-21-05/1-6-06 requests to Mental Health It was informally - Quiring says dc I have documents proving this - An Yes I did - Attached both cop/cuts to

Prisoner Signature: Donny Grossmann

| Action Taken: |
|---|
| upheld |

Employee Signature: F Tell                          Date: 2/15/06

| Final Action Taken: |
|---|
| |

Employee Signature:                                 Date:

Instructions: Requests must be specific and state the action being requested (i.e. interview, hearing, etc.). Requests are to be written within the confines of designated areas.

Distribution: Original to Case Record          SC#06-054

INMATE COPY

Form 20-808.11                                      Rev. 08/98



GROSSMANN
S/ TURNBULL
GAU'S # 13267 - 13268,
13269

GAU - 13159 - I APPEALED TO TURNBULL -
REIMER UPHELD A BOGUS SCREENING
YES HE DID - AND THAT VIOLATES DUE
PROCESS! 2/6/06

THEN CAME - GAU - 13254 - AND IT WAS
SCREENED BY SGT BRUNING - 2/9/06 HE
SAID THE SAMETHING I NEVER INFOR-
MALLY. ADD. YES I DID BOTHS SGTS
ELDEX GAUCHO ARE MY PROOF - AN
FOR SGT BRUNING TO SAY I NEVER
INFORMALLY - I SPOKE DIRECTLY TO
HIM - 2/8/06 ABOUT THAT COMPUTER
YES - I - DID - THIS IS GAU - 13267
#2
GAU - 13268 - HERE GOES SGT BRUNING
AGAIN WITH HIS DISINFORMATION -
MANIPULATING THE GAU - SYS.
BELL CLARK DOESNT WORK HERE ANY
MORE - IT DOES NOT MATTER IF ITS
BELL CLARK ON THE MAN ON THE
MOON! T. LYDEN 9-7-05 AS I
PLAINLY STATE IN THIS GAU TOLD
ME EDUCATION
[OVER]

Wm

S/ TURNBULL

GAU'S # - 13267 - 13268 - 13269


GS whom I MUST REQUEST MY legal
MATERIALS FROM, And I WANTA
Know whom GS GT THAT TOOK
MR. CLANKS PLACE?

#3

GAU -13269.

THIS GAU REPRESENTS The Bogus
SCREENING #13254 NOT INFORMAL
AddRESSEd - I STRAIGHT UD him
& REFMER The 2 COP-OUTS I Sent
MENTAL HEALTH

THIZ GS AN CLASSIC & ULTAMIC
due-PROCESS VICLATION STRAIGHT
RENAGADES of The POLICY & PRO-
CEEDURES?

#4 - REGARDING -13267 - THAT LAW
LIBRARY COMPUTER GS down AGAIN &
STILL be down FOR dAYS AT A TIME
SO THIZ GAU GS NOT RESOLVED -IM
GOING TO FILE AGAIN & AGAIN FOR
EACH TIME GTS down MORE THAN 24
hr's INFORMAL - TELL COMPLIANCE

# GRIEVANCE SCREENING FORM

TO:  **GROSSMAN, WILLIAM  #266937**                                   **SC#06-054/ 13267**
Prisoner's Name/OTIS Number                                           Log Number

**Spring Creek Correctional Center**
Institution

Your grievance is being returned to you because (see the applicable line checked below):

☐  a.    The action or decision being grieved is not a grievable issue as specified in section A.2 of DOC Policy 808.03.

☐  b.    The grievance is not within the institution's or Department's jurisdiction.

☐  c.    The issue grieved was not first addressed informally.

☒  d.    This issue was already grieved by the prisoner or by another prisoner and resolved.

☐  e.    The grievance is submitted on behalf of another prisoner who is able to file his or her own grievance.

☐  f.    This form is not filled out completely.

      Instructions: _____

      _____

☐  g.    The grievance was not filed within 30 days.

☐  h.    The grievance is grieving an action not yet taken.

☐  i.    The grievance contains inappropriate use of obscene or profane words.

☐  j.    The grievance is factually incredible or clearly devoid of merit.

☐  k.    Specific relief sought is not clear.

☐  l.    The grievance raises unrelated issues that should be presented in separate grievances.

☐  m.    The grievance is against the Superintendent, but is not for action taken directly by the Superintendent.

☐    The above noted reason for screening your grievance is not self-explanatory.  The following written explanation is provided to clarify the above noted screen decision:

    You have already grieved this issue and it is now in the appeal stage. Only one grievance per subject matter at a time.

_____

_____

**02-11-06**
Date                                              Signature of Grievance Coordinator

If you have evidence to show that this screening decision is incorrect or improper, you may appeal the decision to the
Superintendent in writing.  The appeal must be attached to your grievance and to this screening form.

Distribution:    Original to Prisoner Case File
                Prisoner
                Grievance Coordinator

**Screening Appeal Due**
Date 2/15  Time 0600

# GRIEVANCE SCREENING FORM

TO:  **GROSSMAN, WILLIAM  #266937**                          **SC#06-055/ 13268**
     Prisoner's Name/OTIS Number                              Log Number

     **Spring Creek Correctional Center**
     Institution

Your grievance is being returned to you because (see the applicable line checked below):

☐ a.   The action or decision being grieved is not a grievable issue as specified in section A.2 of DOC Policy 808.03.

☐ b.   The grievance is not within the institution's or Department's jurisdiction.

☐ c.   The issue grieved was not first addressed informally.

☐ d.   This issue was already grieved by the prisoner or by another prisoner and resolved.

☐ e.   The grievance is submitted on behalf of another prisoner who is able to file his or her own grievance.

☐ f.   This form is not filled out completely.

        Instructions: _____

        _____

☐ g.   The grievance was not filed within 30 days.

☐ h.   The grievance is grieving an action not yet taken.

☐ i.   The grievance contains inappropriate use of obscene or profane words.

☒ j.   The grievance is factually incredible or clearly devoid of merit.

☐ k.   Specific relief sought is not clear.

☐ l.   The grievance raises unrelated issues that should be presented in separate grievances.

☐ m.   The grievance is against the Superintendent, but is not for action taken directly by the Superintendent.

☐     The above noted reason for screening your grievance is not self-explanatory.  The following written explanation is provided to clarify the above noted screen decision:

       You claim that Bill Clark isn't answering you, Mr. Clark has not worked for the instution for more than three months

       and he is not required to answer any of your questions.

**02-11-06**                              _____
Date                                       Signature of Grievance Coordinator

If you have evidence to show that this screening decision is incorrect or improper, you may appeal the decision to the Superintendent in writing. The appeal must be attached to your grievance and to this screening form.

Distribution:   Original to Prisoner Case File
                Prisoner
                Grievance Coordinator

Screening Appeal Due
Date 2/15  Time 0600

# GRIEVANCE SCREENING FORM

TO:  **GROSSMAN, WILLIAM  #266937**                     SC#06-053/ 13269
Prisoner's Name/OTIS Number                         Log Number

𝒟

**Spring Creek Correctional Center**
Institution

Your grievance is being returned to you because (see the applicable line checked below):

☐  a.    The action or decision being grieved is not a grievable issue as specified in section A.2 of DOC Policy 808.03.

☐  b.    The grievance is not within the institution's or Department's jurisdiction.

☐  c.    The issue grieved was not first addressed informally.

☒  d.    This issue was already grieved by the prisoner or by another prisoner and resolved.

☐  e.    The grievance is submitted on behalf of another prisoner who is able to file his or her own grievance.

☐  f.    This form is not filled out completely.

        Instructions: _____

_____

☐  g.    The grievance was not filed within 30 days.

☐  h.    The grievance is grieving an action not yet taken.

☐  i.    The grievance contains inappropriate use of obscene or profane words.

☒  j.    The grievance is factually incredible or clearly devoid of merit.

☐  k.    Specific relief sought is not clear.

☐  l.    The grievance raises unrelated issues that should be presented in separate grievances.

☐  m.    The grievance is against the Superintendent, but is not for action taken directly by the Superintendent.

☐    The above noted reason for screening your grievance is not self-explanatory. The following written explanation is provided to clarify the above noted screen decision:

        You have already grieved this issue three times, the outcome will not change just because you file more grievances on
        the same subject.

_____

**02-11-06**
Date                                    Signature of Grievance Coordinator

If you have evidence to show that this screening decision is incorrect or improper, you may appeal the decision to the Superintendent in writing. The appeal must be attached to your grievance and to this screening form.

Distribution:    Original to Prisoner Case File
                Prisoner
                Grievance Coordinator

**Screening Appeal Due**
Date 2/5  Time 0600

Department of Corrections Form #808.03A
Revised: 04/02                                                          Page 1 of 1

STATE OF ALASKA                                    DEPARTMENT OF CORRECTIONS

## REQUEST FOR INTERVIEW
### SCCC

1 of 2

Name: Johnny Grossmann   OBS# 266937   MOD: W   Date: 3/5/06

To: Compliance                                   Informal

Request: 9-7-05 T. Lyden told me to get any legal
mtl - from Education - I need - 8-TF-940's 6-CIV-
100's 2-0.T.A's 8-Pg's 10 of 10-1983 5-Pgs-20 of 10-1983
2-TF-920's 8-SC-2's - The A.Q.S. LAW & Education
is ignoring this? 814.01 22.AAC.185. Clean 39.
12.VIII.C. Says when RQT - it must be met within
24. hrs

Prisoner Signature: Johnny Grossmann

Action Taken:

Your points of appeal are again cryptic
+ without merit    Screening upheld

Employee Signature: [signature]                         Date: 3/7/06

Final Action Taken:

INMATE COPY

Employee Signature:                      REC____    Date:

Instructions: Requests must be specific and state the action being requested (i.e. interview, hearing, etc.). Requests
are to be written within the confines of designated areas.

Distribution: Original to Case Record

Form 20-808.11                                              Rev. 08/98

# GRIEVANCE SCREENING FORM

TO:  **GROSSMAN, WILLIAM #266937**

Prisoner's Name/OTIS Number

**D**

**SC#06-050/ 13254**

Log Number

**Spring Creek Correctional Center**

Institution

Your grievance is being returned to you because (see the applicable line checked below):

☐  a.   The action or decision being grieved is not a grievable issue as specified in section A.2 of DOC Policy 808.03.

☐  b.   The grievance is not within the institution's or Department's jurisdiction.

☐  c.   The issue grieved was not first addressed informally.

☐  d.   This issue was already grieved by the prisoner or by another prisoner and resolved.

☐  e.   The grievance is submitted on behalf of another prisoner who is able to file his or her own grievance.

☐  f.   This form is not filled out completely.

   Instructions: _____

   _____

☐  g.   The grievance was not filed within 30 days.

☐  h.   The grievance is grieving an action not yet taken.

☐  i.   The grievance contains inappropriate use of obscene or profane words.

☒  j.   The grievance is factually incredible or clearly devoid of merit.

☐  k.   Specific relief sought is not clear.

☐  l.   The grievance raises unrelated issues that should be presented in separate grievances.

☐  m.   The grievance is against the Superintendent, but is not for action taken directly by the Superintendent.

☐  The above noted reason for screening your grievance is not self-explanatory. The following written explanation is provided to clarify the above noted screen decision:

   I find no evidence where you tried to informally address this issue before you grieved it. As soon as we are made aware of the computer being down, we go over to fi it. Again Mr Grossman you exaggerate an issue to try to make a strong position while leaving the truth in the dust.

**02-09-06**

Date

Signature of Grievance Coordinator

If you have evidence to show that this screening decision is incorrect or improper, you may appeal the decision to the Superintendent in writing. The appeal must be attached to your grievance and to this screening form.

Distribution:   Original to Prisoner Case File
Prisoner
Grievance Coordinator

INMATE COPY

Screening Appeal Due

Date 2/12 Time 0600

STATE OF ALASKA                                    DEPARTMENT OF CORRECTIONS

**REQUEST FOR INTERVIEW**
SCCC

1335/ 852

Name: Danny Grossmann    OBS# 266957    MOD: 50    Date: 2-23-06

To: S/ TURNBULL

Request: #13352 - I don't know how he gets - ALREADY
Resolved - This issue is totally new neglegence
that you let happen - oh & I informed you see
ATTATCH #68 - #13351 - make Bogus screening
see ATTACHED - #66 - 2-16-06 - when you uphold
this I'm filing on you for your very
own Aiding/Abetting

Prisoner Signature: Danny J Grossmann

---

Action Taken:

No Merit
Screening upheld

Employee Signature: C. Tull        Date: 2/27/06

---

Final Action Taken:

Employee Signature:                    Date:

---

Instructions: Requests must be specific and state the action being requested (i.e. interview, hearing, etc.). Requests
are to be written within the confines of designated areas.

SC#06-065/066

Distribution: Original to Case Record

INMATE COPY

Form 20-808.11                                    Rev. 08/98

# GRIEVANCE SCREENING FORM

TO: GROSSMAN, WILLIAM 266931                                                  13351
Prisoner's Name/OTIS Number                                          Log Number

**Spring Creek Correctional Center**
Institution

Your grievance is being returned to you because (see the applicable line checked below):

☐ a.  The action or decision being grieved is not a grievable issue as specified in section A.2 of DOC Policy 808.03.

☐ b.  The grievance is not within the institution's or Department's jurisdiction.

☒ c.  The issue grieved was not first addressed informally.

☐ d.  This issue was already grieved by the prisoner or by another prisoner and resolved.

☐ e.  The grievance is submitted on behalf of another prisoner who is able to file his or her own grievance.

☐ f.  This form is not filled out completely.

   Instructions: _____

   _____

☐ g.  The grievance was not filed within 30 days.

☐ h.  The grievance is grieving an action not yet taken.

☐ i.  The grievance contains inappropriate use of obscene or profane words.

☒ j.  The grievance is factually incredible or clearly devoid of merit.

☒ k.  Specific relief sought is not clear.

☐ l.  The grievance raises unrelated issues that should be presented in separate grievances.

☐ m.  The grievance is against the Superintendent, but is not for action taken directly by the Superintendent.

☐  The above noted reason for screening your grievance is not self-explanatory. The following written explanation is provided to clarify the above noted screen decision:

   _____

   _____

   _____

2/19/06                                          SGT. QUIRING
Date                                          Signature of Grievance Coordinator

If you have evidence to show that this screening decision is incorrect or improper, you may appeal the decision to the Superintendent in writing. The appeal must be attached to your grievance and to this screening form.

                                   SC# 06·065·

Distribution:    Original to Prisoner Case File
                 Prisoner
                 Grievance Coordinator                          **INMATE COPY**

**Screening Appeal Due**
Date 2/24/06 Time 0600

## GRIEVANCE SCREENING FORM

TO: GROSSMAN, W. 266937                                    ✗51
_____                    13.352
Prisoner's Name/OTIS Number          𝒟          _____
                                                Log Number

**Spring Creek Correctional Center**
Institution

Your grievance is being returned to you because (see the applicable line checked below):

☐ a.  The action or decision being grieved is not a grievable issue as specified in section A.2 of DOC Policy 808.03.

☐ b.  The grievance is not within the institution's or Department's jurisdiction.

☐ c.  The issue grieved was not first addressed informally.

☒ d.  This issue was already grieved by the prisoner or by another prisoner and resolved.

☐ e.  The grievance is submitted on behalf of another prisoner who is able to file his or her own grievance.

☐ f.  This form is not filled out completely.
       Instructions: _____
       _____

☐ g.  The grievance was not filed within 30 days.

☐ h.  The grievance is grieving an action not yet taken.

☐ i.  The grievance contains inappropriate use of obscene or profane words.

☐ j.  The grievance is factually incredible or clearly devoid of merit.

☐ k.  Specific relief sought is not clear.

☐ l.  The grievance raises unrelated issues that should be presented in separate grievances.

☐ m.  The grievance is against the Superintendent, but is not for action taken directly by the Superintendent.

☐   The above noted reason for screening your grievance is not self-explanatory. The following written explanation is provided to clarify
    the above noted screen decision:

_____
_____
_____
_____


2/19/06                              Sgt. Quiring
_____                      _____
Date                                 Signature of Grievance Coordinator

If you have evidence to show that this screening decision is incorrect or improper, you may appeal the decision to the
Superintendent in writing. The appeal must be attached to your grievance and to this screening form.

                              SC# 06- 066

Distribution:    Original to Prisoner Case File
                 Prisoner
                 Grievance Coordinator        **Screening Appeal Due**

Department of Corrections Form #808.03A       Date 2/24/06 Time 0600
Revised: 04/02

INMATE COPY
Page 1 of 1

DEPARTMENT OF CORRECTIONS
REQUEST FOR INTERVIEW

SCCC                                                           13468

Name: Quinty Gressmann      OBS# 266937   MOD: 50   Date: 3/4/06

To: S / Turnbull

Request: Either this Guy / Lord has Brain Damages or Just Ruthless? I - Not Informal - These Type of Guys need to be informal - 202.01 staff misscon - 2-I did inform [you] right in this gnu 13468 That I would file for Aiding & Abetting 2-unrelated issue Every issue I raise in this are the issues in which you screen 13351 + 13352 wrongfully? Staff missconduct

Prisoner Signature: Quinty Gressmann

---

Action Taken:

Screening upheld
Your overreacting To Being Told
No Again - Your points of appeal
Are Cryptic @ As Such w/out Merit

Employee Signature: O. Tully                          Date: 3/6/06

---

Final Action Taken:

Employee Signature:                                   Date:

---

Instructions: Requests must be specific and state the action being requested (i.e. interview, hearing, etc.). Requests are to be written within the confines of designated areas.

Distribution: Original to Case Record

SC#06·087

INMATE COPY

Form 20-808.11                                        Rev. 08/98

# GRIEVANCE SCREENING FORM

TO: GROSSMAN, WILLIAM 266937                    D              13468
   Prisoner's Name/OTIS Number                                 Log Number

**Spring Creek Correctional Center**
Institution

Your grievance is being returned to you because (see the applicable line checked below):

☐ a.    The action or decision being grieved is not a grievable issue as specified in section A.2 of DOC Policy 808.03.

☐ b.    The grievance is not within the institution's or Department's jurisdiction.

☒ c.    The issue grieved was not first addressed informally.

☒ d.    This issue was already grieved by the prisoner or by another prisoner and resolved.

☐ e.    The grievance is submitted on behalf of another prisoner who is able to file his or her own grievance.

☐ f.    This form is not filled out completely.

        Instructions: _____

        _____

☐ g.    The grievance was not filed within 30 days.

☐ h.    The grievance is grieving an action not yet taken.

☐ i.    The grievance contains inappropriate use of obscene or profane words.

☐ j.    The grievance is factually incredible or clearly devoid of merit.

☐ k.    Specific relief sought is not clear.

☒ l.    The grievance raises unrelated issues that should be presented in separate grievances.

☒ m.    The grievance is against the Superintendent, but is not for action taken directly by the Superintendent.

☐    The above noted reason for screening your grievance is not self-explanatory. The following written explanation is provided to clarify
     the above noted screen decision:

     _____

     _____

     _____

3/2/06                              SGT. QUIRING
Date                                Signature of Grievance Coordinator

If you have evidence to show that this screening decision is incorrect or improper, you may appeal the decision to the
Superintendent in writing. The appeal must be attached to your grievance and to this screening form.

Distribution:    Original to Prisoner Case File        SC# 06-087
                 Prisoner                              **Screening Appeal Due**
                 Grievance Coordinator
                                                       Date 3/6/06 Time 0600

INMATE COPY

Department of Corrections Form #808.03A                                    Page 1 of 1
Revised: 04/02

STATE OF ALASKA   #s 9326 + 9327   DEPARTMENT OF CORRECTIONS

**REQUEST FOR INTERVIEW**

SCCC

B8 RECEIVED

Name: Denny Grossmann OBS# 266937 MOD: MAY Date: 2006 /0-04

To: Super-Turnbull

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Request: The 1st Thing I WANT you To Know is
you Allow Theze gRU/cords To Unethically
Screen Thiz gRU#9326 He SAyz See 04-371
As iN ALReAdy Rescived BullcngA! JusT
because Thiz gRU/cord mAKez A deTeRminA-
Tion. ThAT Thiz is TAKen cAre oS? bUT iT
AiNT!! becAuse you ARE Respensible fer
Cover

Prisoner Signature: _____

Action Taken:

Screening upheld

Employee Signature: _____   Date: 11/12/67

Final Action Taken:

Employee Signature:   Date:

Instructions: Requests must be specific and state the action being requested (i.e. interview, hearing, etc.). Requests are to be written within the confines of designated areas.

Distribution: Original to Case Record

INMATE COPY

Form 20-808.11   Rev. 08/98

## GRIEVANCE SCREENING FORM

TO: _GROSSMAN, WILLIAM_                               A                    _9326_
   Prisoner's Name/OTIS Number  _266937_                                    Log Number

**Spring Creek Correctional Center**
Institution

Your grievance is being returned to you because (see the applicable line checked below):

☐ a.    The action or decision being grieved is not a grievable issue as specified in section A.2 of DOC Policy 808.03.

☐ b.    The grievance is not within the institution's or Department's jurisdiction.

☐ c.    The issue grieved was not first addressed informally.

☒ d.    This issue was already grieved by the prisoner or by another prisoner and resolved.

☐ e.    The grievance is submitted on behalf of another prisoner who is able to file his or her own grievance.

☐ f.    This form is not filled out completely.
     Instructions: _____

     _____

☐ g.    The grievance was not filed within 30 days.

☐ h.    The grievance is grieving an action not yet taken.

☐ i.    The grievance contains inappropriate use of obscene or profane words.

☐ j.    The grievance is factually incredible or clearly devoid of merit.

☐ k.    Specific relief sought is not clear.

☐ l.    The grievance raises unrelated issues that should be presented in separate grievances.

☐ m.    The grievance is against the Superintendent, but is not for action taken directly by the Superintendent.

☒    The above noted reason for screening your grievance is not self-explanatory. The following written explanation is provided to clarify the above noted screen decision:

    _see #04-371 (sccc)_

_11/08/04_                                        _SGT. QUIRING_
Date                                              Signature of Grievance Coordinator

If you have evidence to show that this screening decision is incorrect or improper, you may appeal the decision to the Superintendent in writing. The appeal must be attached to your grievance and to this screening form.

Distribution:    Original to Prisoner Case File         _SC #04-489_
              Prisoner
              Grievance Coordinator    **Screening Appeal Due**
                          **Date** _11/11/04_ **Time** _0600_

Department of Corrections Form #808.03A
Revised: 04/02

INMATE COPY

## GRIEVANCE SCREENING FORM

C

TO: GROSSMAN, WILLIAM                                    8450
Prisoner's Name/OTIS Number                          Log Number

**Spring Creek Correctional Center**
Institution

Your grievance is being returned to you because (see the applicable line checked below):

☐ a.   The action or decision being grieved is not a grievable issue as specified in section A.2 of DOC Policy 808.03.

☐ b.   The grievance is not within the institution's or Department's jurisdiction.

☐ c.   The issue grieved was not first addressed informally.

☐ d.   This issue was already grieved by the prisoner or by another prisoner and resolved.

☐ e.   The grievance is submitted on behalf of another prisoner who is able to file his or her own grievance.

☐ f.   This form is not filled out completely.

       Instructions: _____

       _____

☐ g.   The grievance was not filed within 30 days.

☐ h.   The grievance is grieving an action not yet taken.

☐ i.   The grievance contains inappropriate use of obscene or profane words.

☒ j.   The grievance is ~~factually incredible or~~ clearly devoid of merit.

☐ k.   Specific relief sought is not clear.

☒ l.   The grievance raises unrelated issues that should be presented in separate grievances.

☐ m.   The grievance is against the Superintendent, but is not for action taken directly by the Superintendent.

☐      The above noted reason for screening your grievance is not self-explanatory. The following written explanation is provided to clarify the above noted screen decision:

You are in segregation. You are in a single cell - ALL BY YOURSELF.
You are moved everywhere in restraints, as are prisoners Bright and
Poindexter. They can't get to you. And why are you complaining of moving from
a punitive mod to one that isn't when in your previous grievance you complained
of just the opposite.

8/5/04                                    SGT. QUINING
Date                                     Signature of Grievance Coordinator

If you have evidence to show that this screening decision is incorrect or improper, you may appeal the decision to the
Superintendent in writing. The appeal must be attached to your grievance and to this screening form.

                                         SC # 04-371

Distribution:   Original to Prisoner Case File
                Prisoner
                Grievance Coordinator

**Screening Appeal Due**
**Date** 8/9/4 **Time** 0600                          INMATE COPY

ATE OF ALASKA                                    DEPARTMENT OF CORRECTIONS

## REQUEST FOR INTERVIEW
SCCC

#8901

| Name: Denny Gressmann | OBS# 266957 | MOD: 73 | Date: 9-26-04 |

To: Turnbull

Request: I don't see where he getz I
need to Informally Address 202.015 A4
and suther if he waz doing hiz Job
he Easily would find 9-17 I Address
to Sgt. Elde & 9-20, 22 & 24 Mr. Reimer
Thiz screening like A Many Timez
13-4 is "Bogus"

Prisoner Signature: Denny Gressman.

---

Action Taken:

#1 Sgt Elde was Not on Duty
those dates - tho issou was
Rezolvod for your statom on
It Appoars you have on going
issoes with Any staff Soporvision

Employee Signature: Screoming uphoic          Date:

---

Final Action Taken: E. Turbul          9/27/04

Employee Signature:          Date:

---

Instructions: Requests must be specific and state the action being requested (i.e. interview, hearing, etc.). Requests are to be written within the confines of designated areas.

Distribution: Original to Case Record

INMATE COPY

Form 20-808.11                                    Rev. 08/98

# GRIEVANCE SCREENING FORM

TO:  **GROSSMAN, WILLIAM #266937**
    Prisoner's Name/OTIS Number

**04-426/ 8901**
Log Number

*B*

**Spring Creek Correctional Center**
Institution

Your grievance is being returned to you because (see the applicable line checked below):

☐ a.    The action or decision being grieved is not a grievable issue as specified in section A.2 of DOC Policy 808.03.

☐ b.    The grievance is not within the institution's or Department's jurisdiction.

☒ c.    The issue grieved was not first addressed informally.

☐ d.    This issue was already grieved by the prisoner or by another prisoner and resolved.

☐ e.    The grievance is submitted on behalf of another prisoner who is able to file his or her own grievance.

☐ f.    This form is not filled out completely.

    Instructions:  _____

    _____

☐ g.    The grievance was not filed within 30 days.

☐ h.    The grievance is grieving an action not yet taken.

☐ i.    The grievance contains inappropriate use of obscene or profane words.

☐ j.    The grievance is factually incredible or clearly devoid of merit.

☐ k.    Specific relief sought is not clear.

☐ l.    The grievance raises unrelated issues that should be presented in separate grievances.

☐ m.    The grievance is against the Superintendent, but is not for action taken directly by the Superintendent.

☐    The above noted reason for screening your grievance is not self-explanatory. The following written explanation is provided to clarify the above noted screen decision:

    You need to address this issue with the house Sergeant before you grieve the issue.

    _____

    _____

_9/25/04_
Date

_____
Signature of Grievance Coordinator

If you have evidence to show that this screening decision is incorrect or improper, you may appeal the decision to the Superintendent in writing. The appeal must be attached to your grievance and to this screening form.

Distribution:    Original to Prisoner Case File
                Prisoner
                Grievance Coordinator

**Screening Appeal Due**
Date _7/28_ Time _0600_

Department of Corrections Form #808.03A
Revised:  04/02

Page 1 of 1

2082

SCCC  gRV # 8901
9-23-04

☆ PRehaPes A Violation oS 202-015 #A-4
☆ 808.03 Policy #D. T. RobeRsons Assaultive
behavaiR Towordz OSC. Drew ☆ my VeRy
own useage oS The gReiuAnce SysTem
[PaRTicularly] # 8321 ☆ 8775

A-  I complaind To OSC. FRANKLiN, 9-5 ThaT
RobeRson WAz TsAnging Loudly on my
WAll [18-hours] sTRaighT!
I Ask him SeveRAL Timez As well As OSC.
HouseR... To move me oR RobeRson To
The EmPTy cell B-2. OSC. FRANKLiNS
RespoNse To me WAz you ARe NoT mou-
ing!

B-  9-7- OSC. NkomSy Told RobeRson....
QuoT, "you mean To Tell me" youR
AcTually leT GRossmann, sleep lasT
NighT?

THiz iz A DiRecT, showing oS Theze 3-OSCs on
going Aiding ☆ AbeTTing RetAliaTions in A
indiRect TyPe WAy [NeveR-The-LeSs

Thiz by NoT SToPing InmATez SRom PouRing
"uRein" down Theze WALLz is ToTally un-
excePTAble! PReventAble! unsANiTARie An
is A diRect ViolaTion oS 8Th AmendmenT

I've Addressed Thiz issue EARlie on
Since 9-6 To AST. ReimeR-SgT-EldE ☆
oS course T#e Clos NoThing, NoThing
done unTill 9-21 H. MARENiA iz
moved To B-16- Thiz couldive and
shouldive been done [THen 9-18]

C-  Theze 3-clos I HAMed ☆ The Aboue gRvz
They undoubTly ARe in mind SeT To
geT even "WiTh me" I'Am CAlling
on Thiz AdminisTRaTion To SToP iT
Now NoT NexT WeeK!

LOg-OuTz 9-18 To ReimeR concerning Thiz ☆ 9-20 HoTed
☆ As I've ExPlaind I CAN NoT Reed hiz handWriTing
so I've NoT A clue. HoweueR HeRez The gRv
I WaRnd oS.

STATE OF ALASKA                                    DEPARTMENT OF CORRECTIONS

## REQUEST FOR INTERVIEW
SCCC

#13159    )-3

| | | |
|---|---|---|
| Name: Danny Grossmann OBS# 266937 MOD: 9) Date: 2-5-06 |

To: S/TURNBULL

Request: OK here #14815 12-21-05 & 1-6-06 &s
were I TRY'd To seek out Mental
Health concerning Sgt. Gavones STMT To
me 12-17-05 I Qf'd Informally ff Those
Request's Aren't in my File? Then Im
gonna ffle AdQofctfonAlly AgAfnsT MenTAl
Health For not Defng So. You Know

Prisoner Signature: Danny Grossman

---

Action Taken:

Mr Grossman has been seen by M/H staff
over the period of his incarceration. When he
decides to get out of segregation his outlook
on life will improve. Screening appeal denied

Employee Signature: Rein 2/6/06                 Date:

---

Final Action Taken:

INMATE COPY

Employee Signature:                              Date:

RECEIVED
FEB 0 5 2006

Instructions: Requests must be specific and state the action being requested (i.e., interview, hearing, etc.). Requests
are to be written within the confines of designated areas.

Distribution: Original to Case Record

Form 20-808.11                                              Rev. 08/98

Hon. Henry C. Gressmann 2-3
S/ Turnbull
SNN # 13159

Yourself THAT <u>you</u> Responded To
A 1-30-06 cop-out To you on This
Very Subject

These Two Requests Show THAT At
The TIME I WAS in D-6 now
I'm in D-15 AS of 1-30-06

MR. Turnbull,

Look I AM psychologically sound
over this wrongfull conviction
I'm Not CRAZY - BUT I need
Counseling - Anger MANAGEMENT
WAS Recomended, Grey Williams
Is outright Abusing to Policy?
807.C2  808.05-15.
PLAINLY SAY PRISONERS in Seg ARE
Entitled To Counseling.
MR. Turnbull, Look I )Know it

wm N) Clark (Inmate)
S/ TURNBULL
JAU # 13159

3-3

BE REALLY EASY TO GET ME ALL
MEDICATED UP AN FORGET ABOUT
ME - _IF_ I LET THAT HAPPEN.

LIKE I TOLD YOU A MANY MOONS
AGO I WAS HIT REALLY HARD
WITH A MID LIFE CRISSES AN
ITS GOTTEN WORST MY CONVICT-
ION WAS AFFIRMED. _OUCH_

I'M ON MY P.C.R. I DON'T KNOW
HOW I'M GONNA ACT WHEN THEY
AFFIRM IT?

I'M ONLY TRYING TO GET THE HELP
I DESERVE - I KNOW D--N
WELL THAT IF I WERE ON THE
STREET I _WOULD_ GO SEEK
COUNSELING _IF I_ REALLY THOUGHT
I NEEDED IT.