5/2/06

#3 - Exhibit - 7 will go with Grievance 10407 AK Eye Exams X3 and X2 - sideeffects Each complaint

RECEIVED
MAY 0 3 2006
CLERK, U.S. DISTRICT CO
ANCHORAGE, ALASKA

Thank you
Wm D. Grossman
3:06-00089-T.MB

STATE OF ALASKA DEPARTMENT OF CORRECTIONS

## PRISONER HEALTH CARE AUTHORIZATION

### I. PERSONAL DATA

Institution: AJ

Name: GROSSMAN, William D.O.B.: 06/04/65 OBSCIS#: 266937
(Print or Type) Last First MI

Veteran / ANHS / Medicaid Eligible (Circle One) Private Insurance ☐ Yes ☐ No Carrier:

RECEIVED
MAY 03 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Classified: Custody Level: Remand Date: PRD: Sentenced:

### II. SECURITY/TRANSPORTATION AUTHORIZATION (Prepared by Security)

Federal Prisoner ☐ Yes ☐ No Security Guard Scheduled:

Signature: Title:

### III. APPOINTMENT DATA

3:06-cv-00089 TMB

Date: Time: Provider: AK Eye Care

Address:

Special Instructions:

(Bring X-rays, Lab, Special Prep, ETC...)

### IV. MEDICAL SERVICES REQUESTED (Medical Staff Only)

☐ Self-inflicted ☐ Sports Injury ☐ Work-related

Refer to:

Statement of Problem: (Attach appropriate documentation)
Complaint of blurred vision + ↑ sensitivity to light.

C. Buckley / PA Sundell — Medical Practitioner's Signature
PAC + LA — Title
7-10-03 — Date/Time

### V. AUTHORIZATION FOR SERVICES

☐ The following services are APPROVED

☐ The following services are DENIED

Authorized Signature Title Date

### VI. FINDINGS, RECOMMENDATIONS AND/OR ACTION TAKEN TO INCLUDE MEDICATION Rx (Service Provider Only)

Payment may be delayed if not properly anecdoted: (CONTINUE ON EXTRA SHEET)

Blepharitis [illegible] — (Ref +75 -50 x 90 20 / +75 -75 x 78 20) [illegible] meds - 40-age
VA OD 20/40
OS 20/40 [illegible]
Conc [illegible] DFE [illegible] 60
EA - [illegible]
& [illegible] RTC 10

Medical Provider's Signature: [illegible signature] Title Date: 8-23-03

SPECIAL NOTE TO PROVIDER
D.O.C. WILL NOT PERFORM OR AUTHORIZE PROCEDURES WHICH ARE ELECTIVE OR NONESSENTIAL. ALL SURGICAL RECOMMENDATIONS NOT OF AN EMERGENCY NATURE MUST BE APPROVED BY THE MEDICAL ADVISORY COMMITTEE.

BILLING INFO: When completed, the yellow copy must accompany your billing to ensure payment.
Send to: Department of Corrections, Health Care Administrator, 4500 Diplomacy Dr., Anchorage, Alaska 99508.

Parker BTN 53 Hold for transition

DISTRIBUTION: White: Med. Record; Yellow: Fiscal; Pink: Dept. Suspense; Green: Suspense (See Reverse)

514610 114 47-19

MR 66468

Form 20-807.02B Revision 05/93 (Supersedes Health Services Form #13)

**STATE OF ALASKA** **DEPARTMENT OF CORRECTIONS**

## PRISONER HEALTH CARE AUTHORIZATION

### I. PERSONAL DATA

Institution: SCC

Name: Grossman William (Print or Type) Last First MI D.O.B.: 6-4-65 OBSCIS#: 266937

Veteran / ANHS / Medicaid Eligible (Circle One) Private Insurance ☐ Yes ☐ No Carrier:

Classified: Custody Level: Remand Date: PRD: Sentenced:

### II. SECURITY/TRANSPORTATION AUTHORIZATION (Prepared by Security)

Federal Prisoner ☐ Yes ☐ No Security Guard Scheduled:

Signature: Title: Date:

### III. APPOINTMENT DATA

Date: 09-24-05 Time: Provider: AK Eye Care

Address:

Special Instructions:

(Bring X-rays, Lab, Special Prep, ETC...)

### IV. MEDICAL SERVICES REQUESTED (Medical Staff Only)

☐ Self-inflicted ☐ Sports Injury ☐ Work-related

Refer to: Optometry

Statement of Problem: (Attach appropriate documentation)

OD 20/40 OS 20/30 20/30 OU.
c/o worsening vision; intermittent blurred vision

Norcross /NB — Medical Practitioner's Signature Title 7-28-05 Date/Time

### V. AUTHORIZATION FOR SERVICES

☑ The following services are APPROVED Alaska Eye Care - exam & glasses

☐ The following services are DENIED

Norcross PA-C — Authorized Signature Title 7-28-05 Date

### VI. FINDINGS, RECOMMENDATIONS AND/OR ACTION TAKEN TO INCLUDE MEDICATION Rx (Service Provider Only)

Payment may be delayed if not properly anecdoted: (refracted +1.00 more (OD)) (CONTINUE ON EXTRA SHEET)

Tx 10/9 MR OD OS Ret +1.25 -0.25 x 045 OD +0.50 -0.50 x 095 Wears glasses / 2003
+2.00 -0.25 x 020 OS +0.50 -0.75 x 080 Meds: Zoloft, Prozac, Paxil, Elav
Dup Omni Stereo add +1.25 meds make vision @ near
MoT Rom ⊖ / Dm ⊖ / HTN
photophobic

[signature] — Medical Provider's Signature Title Optometrist 9/24/05 Date

**SPECIAL NOTE TO PROVIDER**

D.O.C. WILL NOT PERFORM OR AUTHORIZE PROCEDURES WHICH ARE ELECTIVE OR NONESSENTIAL. ALL SURGICAL RECOMMENDATIONS NOT OF AN EMERGENCY NATURE MUST BE APPROVED BY THE MEDICAL ADVISORY COMMITTEE.

BILLING INFO: When completed, the yellow copy must accompany your billing to ensure payment.
Send to: Department of Corrections, Health Care Administrator, 4500 Diplomacy Dr., Anchorage, Alaska 99508.

DISTRIBUTION: White: Med. Record; Yellow: Fiscal; Pink: Dept. Suspense; Green: Suspense (See Reverse)

Form 20-807.02B Revision 05/93 (Supersedes Health Services Form #13) MR

INMATE COPY

# Request for Medical Care

Date: 4/19/06 Time: 19:25 MOD Location: D-15

Prisoner's Name (Printed): GROSSMANN OBSCIS#: 266937

Specific complaint or problem: MR. NORCROSS + MY UNCLE IN OREGON - CALLED .4 EYE CARE - TO VARIFIE THE INFORMATION I PUT ON MY PRISM ORDER FORM & IS TRYING TO OBTAIN WHAT THE MEASUREMENTS ARE FOR MY BI/FOCALS THEY ARE CLAIMING THEY

How long has problem existed? Date of Birth 6-4-65

Prisoner's Signature: [signature]

Correctional staff comments: DO NOT HAVE ANY EXAM INFORMATION - 9-25-05 OR 4-7-06 - WILL YOU PLEASE CLARIFIE THIS FOR ME? I'M IN THE PROCESS OF SPENDING $3.1400 THEY SHOULD GIVE HIM THAT INFO - COULD I PLEASE GET A COPY OF THE 4-7-06 EXAM. THANKS

Date and time: Name:

To be filled out by medical staff: Disposition and instructions:

Authorized Signature Title Date

**VI. FINDINGS, RECOMMENDATIONS AND/OR ACTION TAKEN TO INCLUDE MEDICATION Rx** (Service Provider Only)
Payment may be delayed if not properly anecdoted: (CONTINUE ON EXTRA SHEET)

x 75 -4 X 35
+ 2.00 -25 X 15 +1.25 MOS
Comp RSR
Refrac: + 3.00 - 0.25 x 090 TOVO add +1.00
Repair [illegible] + 3.25 - 0.25 x 090 [illegible]
[illegible] c/Rx 4.2 [illegible] 30/40 [illegible]
[illegible] 40

Medical Provider's Signature [signature] Title [illegible] Date 4/8/06

**SPECIAL NOTE TO PROVIDER**
D.O.C. WILL NOT PERFORM OR AUTHORIZE PROCEDURES WHICH ARE ELECTIVE OR NONESSENTIAL. ALL SURGICAL RECOMMENDATIONS NOT OF AN EMERGENCY NATURE MUST BE APPROVED BY THE MEDICAL ADVISORY COMMITTEE.

**BILLING INFO:** When completed, the yellow copy must accompany your billing to ensure payment.
Send to: Department of Corrections, Health Care Administrator, 4500 Diplomacy Dr., Anchorage, Alaska 99508.

DISTRIBUTION: White: Med. Record; Yellow: Fiscal; Pink: Dept. Suspense; Green: Suspense (See Reverse)

## GENERIC AND BRAND NAMES

See complete list of generic and brand names in the *Generic and Brand Name Directory*, page 872.

## BASIC INFORMATION

**Habit forming? No**
**Prescription needed? Yes**
**Available as generic? Yes**
**Drug class: Antidepressant (tricyclic)**

## USES

- Gradually relieves symptoms of depression.
- Used to decrease bedwetting in children.
- Pain relief (sometimes).
- Clomipramine is used to treat obsessive-compulsive disorder.
- Treatment for narcolepsy, bulimia, panic attacks, cocaine withdrawal, attention-deficit disorder.
- May be useful for restless leg syndrome.

## DOSAGE & USAGE INFORMATION

**How to take:**
Tablet, capsule or syrup—Swallow with liquid.

**When to take:**
At the same time each day, usually at bedtime.

*Continued next column*

## OVERDOSE

**SYMPTOMS:**
**Hallucinations, drowsiness, enlarged pupils, respiratory failure, fever, cardiac arrhythmias, convulsions, coma.**
**WHAT TO DO:**

- **Dial 911 (emergency) for an ambulance or medical help or poison center 1-800-222-1222. Then give first aid immediately.**
- **If patient is unconscious and not breathing, give mouth-to-mouth breathing. If there is no heartbeat, use cardiac massage and mouth-to-mouth breathing (CPR). Don't try to make patient vomit. If you can't get help quickly, take patient to nearest emergency facility.**
- **See emergency information at end of book.**

**If you forget a dose:**
Bedtime dose—If you forget your once-a-day bedtime dose, don't take it more than 3 hours late. If more than 3 hours, wait for next scheduled dose. Don't double this dose.

**What drug does:**
Probably affects part of brain that controls messages between nerve cells.

**Time lapse before drug works:**
2 to 4 weeks. May require 4 to 6 weeks for maximum benefit.

**Don't take with:**
Any prescription or nonprescription drugs without consulting your doctor or pharmacist.

## POSSIBLE ADVERSE REACTIONS OR SIDE EFFECTS

| SYMPTOMS | WHAT TO DO |
|---|---|
| **Life-threatening:** In case of overdose, see previous column. | |
| **Common:** | |
| • Tremor. | Discontinue. Call doctor right away. |
| • Headache, dry mouth or unpleasant taste, constipation or diarrhea, nausea, indigestion, fatigue, weakness, drowsiness, nervousness, anxiety, excessive sweating. | Continue. Call doctor when convenient. |
| • Insomnia, "sweet tooth." | Continue. Tell doctor at next visit. |
| **Infrequent:** | |
| • Convulsions. | Discontinue. Seek emergency treatment. |
| • Hallucinations, shakiness, dizziness, fainting, blurred vision, eye pain, vomiting, irregular heartbeat or slow pulse, inflamed tongue, abdominal pain, jaundice, hair loss, rash, fever, chills, joint pain, palpitations, hiccups, visual changes. | Discontinue. Call doctor right away. |
| • Difficult or frequent urination; decreased sex drive; muscle aches; abnormal dreams; nasal congestion; weakness and faintness when arising from bed or chair; back pain. | Continue. Call doctor when convenient. |
| **Rare:** | |
| Itchy skin; sore throat; involuntary movements of jaw, lips and tongue; nightmares; confusion; swollen breasts; swollen testicles. | Discontinue. Call doctor right away. |

## WARNINGS & PRECAUTIONS

**Don't take if:**

- You are allergic to any tricyclic antidepressant.
- You drink alcohol in excess.
- You have had a heart attack within 6 weeks.
- You have glaucoma.
- You have taken MAO inhibitors* within 2 weeks.
- Patient is younger than 12.

**Before you start, consult your doctor:**

- If you will have surgery within 2 months, including dental surgery, requiring general or spinal anesthesia.
- If you have an enlarged prostate or glaucoma.
- If you have heart disease or high blood pressure.
- If you have stomach or intestinal problems.
- If you have an overactive thyroid.
- If you have asthma.
- If you have liver disease.

**Over age 60:**
More likely to develop urination difficulty and serious side effects such as seizures, hallucinations, shaking, dizziness, fainting, headache, insomnia.

**Pregnancy:**
Risk factors vary for drugs in this group. **See** category list on page xviii and consult doctor.

**Breast-feeding:**
Drug may pass into milk. Avoid drug or discontinue nursing until you finish medicine. Consult doctor about maintaining milk supply.

**Infants & children:**
Don't give to children younger than 12 except under medical supervision.

**Prolonged use:**
Talk to your doctor about the need for follow-up medical examinations or laboratory studies to check complete blood counts (white blood cell count, platelet count, red blood cell count, hemoglobin, hematocrit), blood pressure, eyes, teeth.

**Skin & sunlight:**
One or more drugs in this group may cause rash or intensify sunburn in areas exposed to sun or ultraviolet light (photosensitivity reaction). Avoid overexposure and use sunscreen. Notify doctor if reaction occurs.

**Driving, piloting or hazardous work:**
Don't drive or pilot aircraft until you learn how medicine affects you. Don't work around dangerous machinery. Don't climb ladders or work in high places. Danger increases if you drink alcohol or take medicine affecting alertness and reflexes.

**Discontinuing:**

- Don't discontinue without consulting doctor. Dose may require gradual reduction if you have taken drug for a long time. Doses of other drugs may also require adjustment.
- Withdrawal symptoms such as convulsions, muscle cramps, nightmares, insomnia, abdominal pain. Call your physician right away if any of these occur.

**Others:**

- May affect results in some medical tests.
- Advise any doctor or dentist whom you consult that you take this medicine.

## POSSIBLE INTERACTION WITH OTHER DRUGS

| GENERIC NAME OR DRUG CLASS | COMBINED EFFECT |
|---|---|
| **Adrenocorticoids, systemic** | Increased risk of mental side effects. |
| **Anticoagulants*, oral** | Possible increased anticoagulant effect. |
| **Anticholinergics*** | Increased anti-cholinergic effect. |
| **Antifungals, azoles** | Increased effect of antidepressant. |
| **Antiglaucoma agents*** | Decreased ocular hypertensive effect. |

*Continued on page 902*

## POSSIBLE INTERACTION WITH OTHER SUBSTANCES

| | |
|---|---|
| **Alcohol:** Beverages or medicines with alcohol. | Excessive intoxication. Avoid. |
| **Beverages:** | None expected. |
| **Cocaine:** | Increased risk of heartbeat irregularity. |
| **Foods:** | None expected. |
| **Marijuana:** | Excessive drowsiness. Increased risk of side effects. Avoid. |
| **Tobacco:** | Possible decreased tricyclic antidepressant effect. |



## GENERIC AND BRAND NAMES

**CITALOPRAM**
**Celexa**
**ESCITALOPRAM**
**Lexapro**
**FLUOXETINE**
**Prozac**
**Prozac Weekly**
**Sarafem**
**FLUVOXAMINE**
**PAROXETINE**
**Paxil**
**Paxil CR**
**SERTRALINE**
**Zoloft**

## BASIC INFORMATION

**Habit forming? No**
**Prescription needed? Yes**
**Available as generic? No**
**Drug class: Antidepressant, antiobsessional agent, antianxiety agent.**

## USES

- Treatment for mental depression.
- Treatment for obsessive compulsive disorder.
- Treatment for premenstrual dysphoric disorder (PMDD).*
- Fluoxetine and fluvoxamine treat bulimia.
- Paroxetine also treats anxiety and Post Traumatic Stress Disorder (PTSD).

## DOSAGE & USAGE INFORMATION

**How to take:**
- Capsules or tablets—Swallow with water. May be taken with or without food. If you can't swallow whole, crumble tablet or open capsule and take with liquid or food.
- Oral solution—follow instructions on label.

**When to take:**
At the same time each day or weekly, usually in the am. Fluvoxamine dosage might be twice daily.

*Continued next column*

**If you forget a dose:**
Take as soon as you remember. If it is near the time of your next dose, skip the missed dose and resume normal schedule. Don't double this dose.

**What drug does:**
Affects serotonin, one of the chemicals in the brain called neurotransmitters, that plays a role in emotions and psychological disturbances.

**Time lapse before drug works:**
1 to 4 weeks.

**Don't take with:**
Any other prescription or nonprescription drugs without consulting your doctor or pharmacist.

## OVERDOSE

**SYMPTOMS:**
**Dizziness, sweating, nausea, vomiting, tremor, heart rhythm disturbances. In rare cases, amnesia, coma and convulsions have occurred.**
**WHAT TO DO:**
- **Dial 911 (emergency) for an ambulance or medical help or poison center 1-800-222-1222. Then give first aid immediately.**
- **See emergency information at end of book.**

## POSSIBLE ADVERSE REACTIONS OR SIDE EFFECTS

| SYMPTOMS | WHAT TO DO |
|---|---|
| **Life-threatening:** Rash, itchy skin, breathing problems, chest pain (allergic reaction). | Seek emergency treatment immediately. |
| **Common:** Drowsiness, nausea, cough or hoarseness, lower back or side pain, sores on lips or mouth, constipation or diarrhea, headache, anxiety, changes in sexual desire or function, insomnia, dry mouth, unusual weakness or tiredness. | Continue. Call doctor when convenient. |
| **Infrequent:** | |
| • Vision changes, confusion, apathy (lack of emotion), breathing difficulty, chills, black or tarry stools, fever, enlarged lymph glands, heart rhythm changes, vomiting, skin rash or itching. | Discontinue. Call doctor right away. |
| • Abdominal pain, loss of appetite, yawning, tingling, skin burning or prickly feeling, stuffy nose, change in sense of taste, tooth grinding, trembling, increased saliva, gas heartburn, sweating, urinary changes, muscle or joint pain, menstrual changes, weight changes, loss | Continue. Call doctor when convenient. |
| **Rare:** | |
| • Seizures (convulsions). | Discontinue. Seek emergency help. |
| • Abnormal bleeding breast tenderness or enlargement; red peeling skin, red or irritated eyes, sore throat, sudden body or facial spasms, dizziness, signs of low blood sugar (anxiety, chills, nervousness, difficulty concentrating), clumsiness. | Discontinue. Call doctor right away. |

## WARNINGS & PRECAUTIONS

**Don't take if:**
- You are allergic to any SSRI's.
- You currently take (or have taken in the last two weeks) a monoamine oxidase (MAO) inhibitor.

**Before you start, consult your doctor:**
- If you have any other medical problem.
- If you have had kidney or liver problems.
- If you have a history of seizure disorders.
- If you have a history of drug abuse or dependence.
- If you have a history of mood disorders, such as mania, or thoughts of suicide.
- If you are allergic to any medication, food or other substances.

**Over age 60:**
Adverse reactions and side effects may be more severe and frequent than in younger patients; dosage may need to be adjusted.

**Pregnancy:**
Decide with your doctor if drug benefits justify risk to unborn child. Risk category C (see page xviii).

**Breast-feeding:**
Drugs pass into milk. Avoid drug or discontinue nursing until you finish medicine. Consult doctor for advice on maintaining milk supply.

**Infants & children:**
Safety and effectiveness in children has not been established. Fluvoxamine not recommended for children under 8 years of age. Fluoxetine approved for children 7-17 years of age.

**Prolonged use:**
No problems expected. Your doctor should periodically evaluate your response to the drug and adjust the dose if necessary.

**Skin & sunlight:**
One or more drugs in this group may cause rash or intensify sunburn in areas exposed to sun or ultraviolet light (photosensitivity reaction). Avoid overexposure. Notify doctor if reaction occurs.

**Driving, piloting or hazardous work:**
Don't drive or pilot aircraft until you learn how medicine affects you. Don't work around dangerous machinery. Don't climb ladders or work in high places. Danger increases if you drink alcohol or take medicine affecting alertness and reflexes.

**Discontinuing:**
- Don't discontinue without consulting doctor. You may need to reduce the dose gradually to avoid side effects.
- After discontinuing the drug, call your doctor right away if any new or unusual symptoms develop (emotional or physical).

**Others:**
- Advise any doctor or dentist whom you consult that you take this medicine.
- Take medicine only as directed. Do not increase or reduce dosage without doctor's approval.

## POSSIBLE INTERACTION WITH OTHER DRUGS

| GENERIC NAME OR DRUG CLASS | COMBINED EFFECT |
|---|---|
| **Anticoagulants, oral*** | Increased risk of side effects of both drugs. |
| **Antidepressants, tricyclic*** | Increased risk of side effects. |
| **Benzodiazepines*** | Increased benzodiazepine effect. |
| **Bromocriptine** | Increased risk of serotonin syndrome*. |

*Continued on page 934*

## POSSIBLE INTERACTION WITH OTHER SUBSTANCES

| INTERACTS WITH | COMBINED EFFECT |
|---|---|
| **Alcohol:** | Contributes to depression. Avoid. |
| **Beverages:** | None expected. |
| **Cocaine:** | Effects unknown. Avoid. |
| **Foods:** | None expected. |
| **Marijuana:** | Effects unknown. Avoid. |
| **Tobacco:** | None expected. |

**STATE OF ALASKA** **DEPARTMENT OF CORRECTIONS**

# PRISONER HEALTH CARE AUTHORIZATION

## I. PERSONAL DATA

Institution: AJ

Name: GROSSMAN, WILLIAM (Print or Type) Last First MI D.O.B.: 06/04/65 OBSCIS#: 266937

Veteran / ANHS / Medicaid Eligible (Circle One) Private Insurance ☐ Yes ☐ No Carrier:

Classified: Custody Level: Remand Date: PRD: Sentenced:

## II. SECURITY/TRANSPORTATION AUTHORIZATION (Prepared by Security)

Federal Prisoner ☐ Yes ☐ No Security Guard Scheduled:

Signature: Title: Date:

## III. APPOINTMENT DATA

Date: Time: Provider: AK EYE CARE

Address:

Special Instructions:

(Bring X-rays, Lab, Special Prep, ETC...)

## IV. MEDICAL SERVICES REQUESTED (Medical Staff Only)

☐ Self-inflicted ☐ Sports Injury ☐ Work-related

Refer to:

Statement of Problem: (Attach appropriate documentation) Complaint of blurred vision + ↑ sensitivity to light.

C. Buckley / PA Sundell — Medical Practitioner's Signature

Title: PAC + LA

Date/Time: 7-10-03

## V. AUTHORIZATION FOR SERVICES

☐ The following services are APPROVED

☐ The following services are DENIED

Authorized Signature Title Date

## VI. FINDINGS, RECOMMENDATIONS AND/OR ACTION TAKEN TO INCLUDE MEDICATION Rx (Service Provider Only)

Payment may be delayed if not properly anecdoted: (CONTINUE ON EXTRA SHEET)

[illegible handwritten findings] +75 -50 × 90 ... +75 -75 × 78 ... 20/40 ... 20/40 ... meds - 40-ago ... 60 ...

Medical Provider's Signature [illegible] Title [illegible] Date 8-23-03

**SPECIAL NOTE TO PROVIDER**

D.O.C. WILL NOT PERFORM OR AUTHORIZE PROCEDURES WHICH ARE ELECTIVE OR NONESSENTIAL. ALL SURGICAL RECOMMENDATIONS NOT OF AN EMERGENCY NATURE MUST BE APPROVED BY THE MEDICAL ADVISORY COMMITTEE.

**BILLING INFO:** When completed, the yellow copy must accompany your billing to ensure payment. Send to: Department of Corrections, Health Care Administrator, 4500 Diplomacy Dr., Anchorage, Alaska 99508.

DISTRIBUTION: White: Med. Record; Yellow: Fiscal; Pink: Dept. Suspense; Green: Suspense (See Reverse)

Form 20-807.02B Revision 05/93 (Supersedes Health Services Form #13)

Parker Brn 53 Hold for transition

514610 114 47-19

MR 66468

STATE OF ALASKA — D... RTMENT OF CORRECTIONS

## PRISONER HEALTH CARE AUTHORIZATION

Institution: SCC

### I. PERSONAL DATA

Name: Grossman William D.O.B.: 6-4-65 OBSCIS#: 266937
(Print or Type) Last First MI

Veteran / ANHS / Medicaid Eligible (Circle One) Private Insurance ☐ Yes ☐ No Carrier:

Classified: Custody Level: Remand Date: PRD: Sentenced:

### II. SECURITY/TRANSPORTATION AUTHORIZATION (Prepared by Security)

Federal Prisoner ☐ Yes ☐ No Security Guard Scheduled:

Signature: Title: Date:

### III. APPOINTMENT DATA

Date: 09-24-05 Time: Provider: AK Eye Care

Address:

Special Instructions:

(Bring X-rays, Lab, Special Prep, ETC...)

### IV. MEDICAL SERVICES REQUESTED (Medical Staff Only)

☐ Self-inflicted ☐ Sports Injury ☐ Work-related

Refer to: Optometry

Statement of Problem: (Attach appropriate documentation)

OD 20/40 OS 20/30 20/30 OU.
c/o worsening vision; intermittent blurred vision

Narcross /NB — 7-28-05
Medical Practitioner's Signature Title Date/Time

### V. AUTHORIZATION FOR SERVICES

☑ The following services are APPROVED Alaska Eye Care - exam & glasses

☐ The following services are DENIED

Narcross PA-C — 7-28-05
Authorized Signature Title Date

### VI. FINDINGS, RECOMMENDATIONS AND/OR ACTION TAKEN TO INCLUDE MEDICATION Rx (Service Provider Only)

Payment may be delayed if not properly anecdoted: (refracted +1.00 more (OD)) (CONTINUE ON EXTRA SHEET)

Tx < 10 MR OD Ret +1.25 -0.25 x 095 OD +0.50 -0.50 ... Wears glasses / 2003
9 OS +2.00 -0.25 x 020 OS +0.50 -0.25 x 050 Meds: Zoloft, Prozac, Paxil, Elev
DUP Omni Star add +1.25 meds make vision @ near
MOT ROM ⊖ DM ⊖ HTN
photophobic

[signature] Optometrist 9/24/05
Medical Provider's Signature Title Date

SPECIAL NOTE TO PROVIDER
D.O.C. WILL NOT PERFORM OR AUTHORIZE PROCEDURES WHICH ARE ELECTIVE OR NONESSENTIAL. ALL SURGICAL RECOMMENDATIONS NOT OF AN EMERGENCY NATURE MUST BE APPROVED BY THE MEDICAL ADVISORY COMMITTEE.

BILLING INFO: When completed, the yellow copy must accompany your billing to ensure payment.
Send to: Department of Corrections, Health Care Administrator, 4500 Diplomacy Dr., Anchorage, Alaska 99508.

DISTRIBUTION: White: Med. Record; Yellow: Fiscal; Pink: Dept. Suspense; Green: Suspense (See Reverse)

Form 20-807.02B Revision 05/93 (Supersedes Health Services Form #13) MR

INMATE COPY

# Request for Medical Care

Date: 4/19/06 Time: 19:25 MOD Location: D-15

Prisoner's Name (Printed): GROSSMANN OBSCIS#: 266937

Specific complaint or problem: MR. NORCROSS - MY UNCLE IN OREGON - CALLED ALS EYE CARE - TO VARIFIE THE INFORMATION I PUT ON MY PRISON ORDER FORM & IS TRYING TO OBTAIN WHAT THE MEASUREMENTS ARE FOR MY BIF/FOCALS THEY ARE CLAIMING THEY

How long has problem existed? ______ Date of Birth 6-4-65

Prisoner's Signature: Wm D. Grossmann

Correctional staff comments: DO NOT HAVE ANY EXAM INFORMATION - 9-25-05 OR 4-7-06 - WILL YOU PLEASE VARIFIE THIS FOR ME? I'M IN THE PROCESS OF SPENDING $3.1400 THEY SHOULD GIVE HIM THAT INFO - COULD I PLEASE GET A COPY OF THE 4-7-06 EXAM. THANKS

Date and time: ______ Name: ______

To be filled out by medical staff: Disposition and instructions: ______

Authorized Signature ______ Title ______ Date ______

**VI. FINDINGS, RECOMMENDATIONS AND/OR ACTION TAKEN TO INCLUDE MEDICATION Rx** (Service Provider Only)

Payment may be delayed if not properly anecdoted: (CONTINUE ON EXTRA SHEET)

[handwritten:] × 75 -45 × 35
+2.00 -25 × 15 +1.25 MAX
[illegible] Refrac: +3.00 -0.25 × 090 Tono add +1.00
[illegible] +3.25 -0.25 × 070 8
[illegible] 20/40 9
[illegible] 20/40

Medical Provider's Signature [signature] Title [illegible] Date 4/8/06

**SPECIAL NOTE TO PROVIDER**

D.O.C. WILL NOT PERFORM OR AUTHORIZE PROCEDURES WHICH ARE ELECTIVE OR NONESSENTIAL. ALL SURGICAL RECOMMENDATIONS NOT OF AN EMERGENCY NATURE MUST BE APPROVED BY THE MEDICAL ADVISORY COMMITTEE.

**BILLING INFO:** When completed, the yellow copy must accompany your billing to ensure payment. Send to: Department of Corrections, Health Care Administrator, 4500 Diplomacy Dr., Anchorage, Alaska 99508.

DISTRIBUTION: White: Med. Record; Yellow: Fiscal; Pink: Dept. Suspense; Green: Suspense (See Reverse)

Form 20-807.02B Revision 05/93 (Supersedes Health Services Form #13)

MR [illegible]

## GENERIC AND BRAND NAMES

See complete list of generic and brand names in the *Generic and Brand Name Directory*, page 872.

## BASIC INFORMATION

**Habit forming? No**
**Prescription needed? Yes**
**Available as generic? Yes**
**Drug class: Antidepressant (tricyclic)**

## USES

- ~~Gradually relieves symptoms of depression.~~
- Used to decrease bedwetting in children.
- Pain relief (sometimes).
- Clomipramine is used to treat obsessive-compulsive disorder.
- Treatment for narcolepsy, bulimia, panic attacks, cocaine withdrawal, attention-deficit disorder.
- May be useful for restless leg syndrome.

## DOSAGE & USAGE INFORMATION

**How to take:**
Tablet, capsule or syrup—Swallow with liquid.

**When to take:**
At the same time each day, usually at bedtime.

*Continued next column*

## OVERDOSE

**SYMPTOMS:**
**Hallucinations, drowsiness, enlarged pupils, respiratory failure, fever, cardiac arrhythmias, convulsions, coma.**

**WHAT TO DO:**

- **Dial 911 (emergency) for an ambulance or medical help or poison center 1-800-222-1222. Then give first aid immediately.**
- **If patient is unconscious and not breathing, give mouth-to-mouth breathing. If there is no heartbeat, use cardiac massage and mouth-to-mouth breathing (CPR). Don't try to make patient vomit. If you can't get help quickly, take patient to nearest emergency facility.**
- **See emergency information at end of book.**

**If you forget a dose:**
Bedtime dose—If you forget your once-a-day bedtime dose, don't take it more than 3 hours late. If more than 3 hours, wait for next scheduled dose. Don't double this dose.

**What drug does:**
Probably affects part of brain that controls messages between nerve cells.

**Time lapse before drug works:**
2 to 4 weeks. May require 4 to 6 weeks for maximum benefit.

**Don't take with:**
Any prescription or nonprescription drugs without consulting your doctor or pharmacist.

## POSSIBLE ADVERSE REACTIONS OR SIDE EFFECTS

| SYMPTOMS | WHAT TO DO |
|---|---|
| **Life-threatening:** In case of overdose, see previous column. | |
| **Common:** | |
| • Tremor. | Discontinue. Call doctor right away. |
| • Headache, dry mouth or unpleasant taste, constipation or diarrhea, nausea, indigestion, fatigue, weakness, drowsiness, nervousness, anxiety, excessive sweating. | Continue. Call doctor when convenient. |
| • Insomnia, "sweet tooth." | Continue. Tell doctor at next visit. |
| **Infrequent:** | |
| • Convulsions. | Discontinue. Seek emergency treatment. |
| • Hallucinations, shakiness, dizziness, fainting, blurred vision, eye pain, vomiting, irregular heartbeat or slow pulse, inflamed tongue, abdominal pain, jaundice, hair loss, rash, fever, chills, joint pain, palpitations, hiccups, visual changes. | Discontinue. Call doctor right away. |
| • Difficult or frequent urination; decreased sex drive; muscle aches; abnormal dreams; nasal congestion; weakness and faintness when arising from bed or chair; back pain. | Continue. Call doctor when convenient. |
| **Rare:** | |
| Itchy skin; sore throat; involuntary movements of jaw, lips and tongue; nightmares; confusion; swollen breasts; swollen testicles. | Discontinue. Call doctor right away. |

## WARNINGS & PRECAUTIONS

**Don't take if:**

- You are allergic to any tricyclic antidepressant.
- You drink alcohol in excess.
- You have had a heart attack within 6 weeks.
- You have glaucoma.
- You have taken MAO inhibitors* within 2 weeks.
- Patient is younger than 12.

**Before you start, consult your doctor:**

- If you will have surgery within 2 months, including dental surgery, requiring general or spinal anesthesia.
- If you have an enlarged prostate or glaucoma.
- If you have heart disease or high blood pressure.
- If you have stomach or intestinal problems.
- If you have an overactive thyroid.
- If you have asthma.
- If you have liver disease.

**Over age 60:**
More likely to develop urination difficulty and serious side effects such as seizures, hallucinations, shaking, dizziness, fainting, headache, insomnia.

**Pregnancy:**
Risk factors vary for drugs in this group. See category list on page xviii and consult doctor.

**Breast-feeding:**
Drug may pass into milk. Avoid drug or discontinue nursing until you finish medicine. Consult doctor about maintaining milk supply.

**Infants & children:**
Don't give to children younger than 12 except under medical supervision.

**Prolonged use:**
Talk to your doctor about the need for follow-up medical examinations or laboratory studies to check complete blood counts (white blood cell count, platelet count, red blood cell count, hemoglobin, hematocrit), blood pressure, eyes, teeth.

**Skin & sunlight:**
One or more drugs in this group may cause rash or intensify sunburn in areas exposed to sun or ultraviolet light (photosensitivity reaction). Avoid overexposure and use sunscreen. Notify doctor if reaction occurs.

**Driving, piloting or hazardous work:**
Don't drive or pilot aircraft until you learn how medicine affects you. Don't work around dangerous machinery. Don't climb ladders or work in high places. Danger increases if you drink alcohol or take medicine affecting alertness and reflexes.

**Discontinuing:**

- Don't discontinue without consulting doctor. Dose may require gradual reduction if you have taken drug for a long time. Doses of other drugs may also require adjustment.
- Withdrawal symptoms such as convulsions, muscle cramps, nightmares, insomnia, abdominal pain. Call your physician right away if any of these occur.

**Others:**

- May affect results in some medical tests.
- Advise any doctor or dentist whom you consult that you take this medicine.

## POSSIBLE INTERACTION WITH OTHER DRUGS

| GENERIC NAME OR DRUG CLASS | COMBINED EFFECT |
|---|---|
| **Adrenocorticoids, systemic** | Increased risk of mental side effects. |
| **Anticoagulants*, oral** | Possible increased anticoagulant effect. |
| **Anticholinergics*** | Increased anti-cholinergic effect. |
| **Antifungals, azoles** | Increased effect of antidepressant. |
| **Antiglaucoma agents*** | Decreased ocular hypertensive effect. |

*Continued on page 902*

## POSSIBLE INTERACTION WITH OTHER SUBSTANCES

| | |
|---|---|
| **Alcohol:** Beverages or medicines with alcohol. | Excessive intoxication. Avoid. |
| **Beverages:** | None expected. |
| **Cocaine:** | Increased risk of heartbeat irregularity. |
| **Foods:** | None expected. |
| **Marijuana:** | Excessive drowsiness. Increased risk of side effects. Avoid. |
| **Tobacco:** | Possible decreased tricyclic antidepressant effect. |



# SELECTIVE SEROTONIN REUPTAKE INHIBITORS (SSRIs)

## GENERIC AND BRAND NAMES

CITALOPRAM
Celexa
ESCITALOPRAM
Lexapro
FLUOXETINE
Prozac
Prozac Weekly
Sarafem
FLUVOXAMINE
PAROXETINE
Paxil
Paxil CR
SERTRALINE
Zoloft

## BASIC INFORMATION

**Habit forming? No**
**Prescription needed? Yes**
**Available as generic? No**
**Drug class: Antidepressant, antiobsessional agent, antianxiety agent.**

## USES

- Treatment for mental depression.
- Treatment for obsessive compulsive disorder.
- Treatment for premenstrual dysphoric disorder (PMDD).*
- Fluoxetine and fluvoxamine treat bulimia.
- Paroxetine also treats anxiety and Post Traumatic Stress Disorder (PTSD).

## DOSAGE & USAGE INFORMATION

**How to take:**
- Capsules or tablets—Swallow with water. May be taken with or without food. If you can't swallow whole, crumble tablet or open capsule and take with liquid or food.
- Oral solution—follow instructions on label.

**When to take:**
At the same time each day or weekly, usually in the am. Fluvoxamine dosage might be twice daily.

*Continued next column*

## OVERDOSE

**SYMPTOMS:**
**Dizziness, sweating, nausea, vomiting, tremor, heart rhythm disturbances. In rare cases, amnesia, coma and convulsions have occurred.**
**WHAT TO DO:**
- **Dial 911 (emergency) for an ambulance or medical help or poison center 1-800-222-1222. Then give first aid immediately.**
- **See emergency information at end of book.**

**If you forget a dose:**
Take as soon as you remember. If it is near the time of your next dose, skip the missed dose and resume normal schedule. Don't double this dose.

**What drug does:**
Affects serotonin, one of the chemicals in the brain called neurotransmitters, that plays a role in emotions and psychological disturbances.

**Time lapse before drug works:**
1 to 4 weeks.

**Don't take with:**
Any other prescription or nonprescription drugs without consulting your doctor or pharmacist.

## POSSIBLE ADVERSE REACTIONS OR SIDE EFFECTS

| SYMPTOMS | WHAT TO DO |
|---|---|
| **Life-threatening:** | |
| Rash, itchy skin, breathing problems, chest pain (allergic reaction). | Seek emergency treatment immediately. |
| **Common:** | |
| Drowsiness, nausea, cough or hoarseness, lower back or side pain, sores on lips or mouth, constipation or diarrhea, headache, anxiety, changes in sexual desire or function, insomnia, dry mouth, unusual weakness or tiredness. | Continue. Call doctor when convenient. |
| **Infrequent:** | |
| • Vision changes, confusion, apathy (lack of emotion), breathing difficulty, chills, black or tarry stools, fever, enlarged lymph glands, heart rhythm changes, vomiting, skin rash or itching. | Discontinue. Call doctor right away. |
| • Abdominal pain, loss of appetite, yawning, tingling, skin burning or prickly feeling, stuffy nose, change in sense of taste, tooth grinding, trembling, increased saliva, gas, heartburn, sweating, urinary changes, muscle or joint pain, menstrual changes, weight changes, loss | Continue. Call doctor when convenient. |
| **Rare:** | |
| • Seizures (convulsions). | Discontinue. Seek emergency help. |
| • Abnormal bleeding breast tenderness or enlargement; red peeling skin, red or irritated eyes, sore throat, sudden body or facial spasms, dizziness, signs of low blood sugar (anxiety, chills, nervousness, difficulty concentrating), clumsiness. | Discontinue. Call doctor right away. |

## WARNINGS & PRECAUTIONS

**Don't take if:**
- You are allergic to any SSRI's.
- You currently take (or have taken in the last two weeks) a monoamine oxidase (MAO) inhibitor.

**Before you start, consult your doctor:**
- If you have any other medical problem.
- If you have had kidney or liver problems.
- If you have a history of seizure disorders.
- If you have a history of drug abuse or dependence.
- If you have a history of mood disorders, such as mania, or thoughts of suicide.
- If you are allergic to any medication, food or other substances.

**Over age 60:**
Adverse reactions and side effects may be more severe and frequent than in younger patients; dosage may need to be adjusted.

**Pregnancy:**
Decide with your doctor if drug benefits justify risk to unborn child. Risk category C (see page xviii).

**Breast-feeding:**
Drugs pass into milk. Avoid drug or discontinue nursing until you finish medicine. Consult doctor for advice on maintaining milk supply.

**Infants & children:**
Safety and effectiveness in children has not been established. Fluvoxamine not recommended for children under 8 years of age. Fluoxetine approved for children 7-17 years of age.

**Prolonged use:**
No problems expected. Your doctor should periodically evaluate your response to the drug and adjust the dose if necessary.

**Skin & sunlight:**
One or more drugs in this group may cause rash or intensify sunburn in areas exposed to sun or ultraviolet light (photosensitivity reaction). Avoid overexposure. Notify doctor if reaction occurs.

**Driving, piloting or hazardous work:**
Don't drive or pilot aircraft until you learn how medicine affects you. Don't work around dangerous machinery. Don't climb ladders or work in high places. Danger increases if you drink alcohol or take medicine affecting alertness and reflexes.

**Discontinuing:**
- **Don't discontinue without consulting doctor.** You may need to reduce the dose gradually to avoid side effects.
- After discontinuing the drug, call your doctor right away if any new or unusual symptoms develop (emotional or physical).

**Others:**
- Advise any doctor or dentist whom you consult that you take this medicine.
- Take medicine only as directed. Do not increase or reduce dosage without doctor's approval.

## POSSIBLE INTERACTION WITH OTHER DRUGS

| GENERIC NAME OR DRUG CLASS | COMBINED EFFECT |
|---|---|
| **Anticoagulants, oral*** | Increased risk of side effects of both drugs. |
| **Antidepressants, tricyclic*** | Increased risk of side effects. |
| **Benzodiazepines*** | Increased benzodiazepine effect. |
| **Bromocriptine** | Increased risk of serotonin syndrome*. |

*Continued on page 934*

## POSSIBLE INTERACTION WITH OTHER SUBSTANCES

| INTERACTS WITH | COMBINED EFFECT |
|---|---|
| **Alcohol:** | Contributes to depression. Avoid. |
| **Beverages:** | None expected. |
| **Cocaine:** | Effects unknown. Avoid. |
| **Foods:** | None expected. |
| **Marijuana:** | Effects unknown. Avoid. |
| **Tobacco:** | None expected. |