RECEIVED
MAY 2 3 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

WILLIAM DONALD GROSSMAN

Name 266937

S.C.C.C. P.O. BOX #5001

Address SEWARD, AK 99664

Telephone number

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

WILLIAM GROSSMAN,

    Plaintiff/Petitioner,

vs.

CRAIG TURNBULL, ET, AL,

    Defendant/Respondent.

Case No. 3:06-CV-00089-TMB

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff/petitioner no longer wishes to prosecute the above-entitled action, and hereby moves to voluntarily dismiss this case without prejudice.

Dated: 3/20/06

_____
Signature

**IT IS SO ORDERED.**

Dated:_____

_____
United States District Court Judge

PS09 (2/98)                                                                                          Voluntary Dismissal