Name WILLIAM DONALD GROSSMAN
266937

Address S.C.C.C. P.O. BOX #5001
SEWARD, AK 99664

Telephone number

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

WILLIAM GROSSMAN,

Plaintiff/Petitioner,

vs.

CRAIG TURNBULL, ET, AL,

Defendant/Respondent.

Case No. 3:06-CV-00089-T M B

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff/petitioner no longer wishes to prosecute the above-entitled action, and hereby moves to voluntarily dismiss this case without prejudice.

Dated: 3/20/06

Signature

**IT IS SO ORDERED.**

Dated: 5/31/06

/s/ Timothy M. Burgess
United States District Court Judge